AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Sundance, Inc.

was received by me on *(date)*   09/27/2018   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   National Registered Agents, Inc., 400 E Court Ave, Des Moines , who is

designated by law to accept service of process on behalf of *(name of organization)*   Sundance, Inc.

_____ on *(date)* 09/27/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 17.60 for travel and $ 15.00 for services, for a total of $ 32.60 .

I declare under penalty of perjury that this information is true.

Date: 09/28/2018

_____
*Server's signature*

Nicole Boyder
*Printed name and title*


Fiedler Law Firm, PLC, 8831 Windsor Parkway, Johnston, IA 50131
*Server's address*

Additional information regarding attempted service, etc: