**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | | |
|---|---|---|
| ROBYN MORGAN, on behalf of herself and all similarly situated individuals, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.:  4:18-CV-00316-JAJ-HCA |
| SUNDANCE, INC., | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT SUNDANCE, INC.'S
UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR
OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant Sundance, Inc. ("Sundance" or "Defendant"), by and through its counsel, hereby submits its Unopposed Motion for an Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint pursuant to Fed. R. Civ. P. 6(b)(1)(a), and in support states as follows:

1.      On or about September 25, 2018, Plaintiff Robyn Morgan ("Plaintiff") filed a Complaint (the "Complaint") alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*., against Defendant, on behalf of herself and a purported class of allegedly similarly situated individuals.

2.      Defendant was served with a Summons and Complaint on September 27, 2018. Accordingly, Defendant's answer or other responsive pleading is due to the Court by October 18, 2018.

3.      Defendant recently retained the undersigned counsel. Defendant's counsel is currently investigating Plaintiff's allegations and requires additional time to complete its initial investigation and prepare a responsive pleading.

4.      Accordingly, Defendant requests that it be granted an extension of twenty-one (21) days, until November 8, 2018, in which to answer or otherwise plead in response to the Complaint.

5.      Plaintiff and Defendant have executed a separate tolling agreement that tolls the statute of limitations by an equal three-week period.

6.      This extension is not being sought for the purpose of delay or for any improper purpose.

7.      This is Defendant's first request for an extension of time to answer or otherwise plead in response to the Complaint.

8.      No party will be prejudiced if the Court grants this routine motion.

9.      Additionally, the requested extension will not interfere with any dates previously set by the Court as no such dates have previously been set.

10.     On October 17, 2018, Plaintiff's counsel indicated that Plaintiff does not oppose the relief requested in this motion.

WHEREFORE, Defendant Sundance, Inc. respectfully requests that the Court provide Defendant with an extension of time from October 18, 2018, to November 8, 2018, to submit its Answer or other responsive pleading to Plaintiff's Complaint.

Dated: October 18, 2018      Respectfully submitted,

By:     s/   Kevin J. Driscoll
        Kevin J. Driscoll
        Finley Law Firm, P.C.
        699 Walnut Street, Suite 1700
        Des Moines, IA  50309
        Telephone: (515) 288-0145
        E-Mail: kdriscoll@finleylaw.com

        Joel W. Rice(*pro hac vice pending*)
        Scott C. Fanning (*pro hac vice pending*)
        Fisher & Phillips, LLP
        10 S. Wacker Dr., Ste. 3450

2

3

Chicago, IL 60606
jrice@fisherphillips.com
sfanning@fisherphillips.com
(312) 346-8061

*Attorneys for Defendant Sundance, Inc.*

3

## CERTIFICATE OF SERVICE

I certify that the foregoing Defendant Sundance, Inc.'s Unopposed Motion For An Extension Of Time To Answer Or Otherwise Plead To Plaintiff's Complaint was filed via the Court's ECF notification system on October 18, 2018, which will send notification of such filing to all counsel of record.

Paige Fiedler
FIEDLER LAW FIRM, P.L.C.
8831 Windsor Parkway
Johnston, IA  50131
Phone:  515-254-1999
Fax:  515-254-9923
Email:  page@employmentlawiowa.com

Jason J. Thompson
Charles R. Ash, IV
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, MI  48067
Phone:  248-355-0300
Email:  jthompson@sommerspc.com
        crash@sommerspc.com
ATTORNEYS FOR PLAINTIFF


Dated:  October 18, 2018                    Respectfully submitted,


                                By:    s/  Kevin J. Driscoll
                                       Kevin J. Driscoll
                                       Finley Law Firm, P.C.
                                       699 Walnut Street, Suite 1700
                                       Des Moines, IA  50309
                                       Telephone: (515) 288-0145
                                       E-Mail: kdriscoll@finleylaw.com

                                       *Attorney for Defendant Sundance, Inc.*

4