**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

ROBYN MORGAN

Plaintiff(s),

vs.

SUNDANCE, INC

Defendant(s).

_____

Case No.  4:18-CV-00316-JAJ-HCA

**MOTION FOR ADMISSION
PRO HAC VICE**

_____Scott C. Fanning_____, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of _Defendant(s)_____, _____Sundance, Inc._____.

_____Scott C. Fanning_____ is a member in good standing of the bar of _____Illinois_____ and agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before this court in connection with pro hac vice representation in this case.

_____Scott C. Fanning_____ agrees to comply with the associate counsel requirements of LR 83.1.d.3 by associating with _____Kevin J. Driscoll_____, an attorney who has been admitted to the bar of this district under LR 83.1.b and .c and who has entered an appearance in this case.

/s/ Scott C. Fanning_____

Fisher & Phillips, LLP_____

10 S. Wacker Dr., Suite 3450, Chicago, IL 60606

T: 312-346-8061_____

F: 312-346-3179_____

sfanning@fisherphillips.com_____