# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOLENE FLANAGAN,
TRAVIS PIETRYKOWSKI,
MICHELLE WILKINS, and
DENISE WOOD,

     Plaintiffs,                       Case No. 16-cv-13598

-vs-

                                    Hon. George Caram Steeh

SUNDANCE, INC.,                 Mag. Judge R. Steven Whalen

     Defendant.

---

| | |
|---|---|
| Jennifer Lossia McManus P65976<br>FAGAN MCMANUS, P.C.<br>Attorneys for Plaintiff<br>25892 Woodward Ave<br>Royal Oak, MI  48067<br>(248) 542-6300<br>jmcmanus@faganlawpc.com | Scott C. Fanning<br>Joel W. Rice<br>FISHER & PHILLIPS LLP<br>Attorneys for Defendant<br>10 S. Wacker Dr., Ste. 3450<br>Chicago, IL 60606<br>(312) 346-8061<br>sfanning@fisherphillips.com<br>jrice@fisherphillips.com |
| Megan A. Bonanni P52079<br>PITT MCGEHEE PALMER & RIVERS, P.C.<br>Attorneys for Plaintiff<br>117 W. Fourth Street, Suite 200<br>Royal Oak, MI 48067<br>(248) 398-9800<br>mbonanni@pittlawpc.com | |

**STIPULATED ORDER REGARDING CONDITIONAL CERTIFICATION
AND JUDICIAL NOTICE AND DENYING PLAINTIFFS' MOTION FOR
CONDITIONAL CLASS CERTIFICATION [D.E. 15] AS MOOT**

This matter having come before the Court pursuant to the stipulated agreement of the parties as represented by counsel, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Conditional Certification and Judicial Notice is GRANTED in part pursuant to the Parties' agreement and limited to Defendant's hourly employees that were employed at any of Defendant's Taco Bell locations within the State of Michigan.

IT IS FURTHER ORDERED that the putative class for the instant action is defined as:

> All Team Members, Shift Leads or other hourly employees that were employed with Defendant as an hourly employee at any of its Taco Bell locations within the State of Michigan at any time in the past three years from the date of this Order.

IT IS FURTHER ORDERED that within thirty days of the date of this Order, Defendant is to provide Plaintiffs a list in electronic and importable format ("Excel Spreadsheet"), of all persons employed by Defendant as Team Members, Shift Leads or other hourly employees that were employed with Defendant at any of its Taco Bell locations at any time in the past three years, including their name, job title, address, e-mail address, dates of employment, location of employment, date of birth and last four digits of their Social Security number.

IT IS FURTHER ORDERED that Plaintiffs may thereafter send a Notice of Pendency of FLSA Lawsuit and Consent to Join, attached as Exhibit A to the instant

Order, to all persons identified by Defendants in the above-mentioned Excel Spreadsheet within ten days of service of such spreadsheet.

IT IS FURTHER ORDERED that putative class members may sign and return their Consents to Join to either the Court or Plaintiffs' counsel up to and including the 75th day after Defendant provides Plaintiffs with the putative class list contained within the Excel Spreadsheet.

IT IS FURTHER ORDERED that Plaintiffs are not to seek class certification regarding Defendants' employees that held salaried positions with Defendants and Plaintiffs hereby withdraw any class wide claims as to Defendant's salaried employees.

IT IS FURTHER ORDERED that Plaintiffs' Motion for Conditional Class Certification [D.E. 15] is DENIED as moot.

s/George Caram Steeh<br>
U.S. DISTRICT JUDGE

Dated:  June 20, 2017
Approved as to form and substance:

| | |
|---|---|
| /s/ *Jennifer L. McManus* | /s/ *Joel W. Rice* w/ consent |
| Jennifer Lossia McManus P65976 | Joel W. Rice |
| FAGAN MCMANUS, P.C. | Scott C. Fanning |
| Attorneys for Plaintiff | FISHER & PHILLIPS LLP |
| | Attorneys for Defendant |

s/ *Megan A. Bonanni*
Megan A. Bonanni P52079
PITT MCGEHEE PALMER & RIVERS, P.C.
Attorneys for Plaintiff

*JOLENE FLANAGAN, TRAVIS PIETRYKOWSKI, MICHELLE WILKINS and DENISE WOOD, on behalf of themselves and all others similarly situated,*

*v.*

*SUNDANCE, INC.,*

*Case No. 16-13598*

## NOTICE OF PENDENCY OF FLSA LAWSUIT AND CONSENT TO JOIN

### ***IMPORTANT NOTICE ADVISING YOU OF YOUR LEGAL RIGHTS***

To:     Team Members, Shift Leads and other hourly employees that were employed with SUNDANCE, INC. at any of its Taco Bell locations in the State of Michigan between [three years before today's date] and [today's date].

Re:    Collective action lawsuit against SUNDANCE, INC.

### I.    Introduction

The purpose of this Notice is to advise you of a Fair Labor Standards Act ("FLSA") overtime lawsuit that has been filed against SUNDANCE, INC.  As a current or former Team Member, Shift Lead, or other hourly employee of a SUNDANCE, INC. owned Taco Bell located in Michigan, you may be eligible to join the pending litigation because you are potentially similarly situated to the Plaintiffs who initiated the lawsuit.  You may have legal rights in connection with that suit.  This notice seeks to inform potential plaintiffs of the lawsuit and how to join the litigation if they so desire.

### II.    The Lawsuit

On October 10, 2016, JOLENE FLANAGAN, TRAVIS PIETRYKOWSKI, MICHELLE WILKINS and DENISE WOOD, on behalf of themselves and all others similarly situated filed this lawsuit against SUNDANCE, INC. ("Defendant").

The lawsuit alleges that Defendant failed to pay its hourly employees for all hours worked and also failed to pay its hourly employees overtime wages for

all hours worked over 40 in a work week.

Defendant denies all claims in this lawsuit. Specifically, Defendant denies Plaintiffs' allegations that it violated the Fair Labor Standards Act or failed to properly pay minimum and overtime wages and further denies that it is liable for any unpaid wages under any legal theory.

You should understand that no determination has been made that Defendant illegally failed to pay its employees for all hours worked or failed to pay overtime wages, or that you, specifically, are owed compensation. The named Plaintiffs are continuing to litigate this matter which is pending. The right to recover for any plaintiff has not been established and is not guaranteed or certain. This Notice is for the sole purpose of providing certain current and former employees of Defendant with information concerning their right to join this lawsuit. Although this Notice has been authorized by the Court, the Court takes no position regarding the merits of Plaintiffs' claims or Defendant's defenses.

## III.    Your Right to Participate In This Lawsuit

This Notice is meant to advise you of your right to participate in this lawsuit. You have the right to join the Lawsuit by following the procedures outlined below. If you join this suit, you will become a plaintiff, subject to the Court's determination as to whether your claims are similar to those of the current named plaintiffs. If you join this suit, you may be required to respond to written requests for information and documents and appear for a deposition to answer questions under oath, or to testify at trial under oath. There may be costs and fees associated with participating in the lawsuit which you should discuss with a lawyer prior to joining the lawsuit.

You are not required to join the Lawsuit. If you do not join, your rights are not affected. You are not required to join this suit and need not return the Consent to Join form.  If you do not join the lawsuit, you will receive no money from this lawsuit for your FLSA claim to the extent any amount is awarded or settled upon. If you choose not to join this lawsuit, you retain any rights, if any, that you may have had under the Fair Labor Standards Act, and you are free to file your own lawsuit.

You have the right to consult with an attorney about this matter. The law firms of Fagan McManus, P.C. (Jennifer L. McManus) and Pitt, McGehee, Palmer and Rivers, P.C. (Megan A. Bonanni) represent the current plaintiffs in this case. If you have any questions with respect to this suit, you may contact

Plaintiffs' counsel, Jennifer L. McManus (248)542-6300, jmcmanus@faganlawpc.com or Megan A. Bonanni (248)398-9800, mbonanni@pittlawpc.com.

## IV.    Filing the Consent Form

If you wish to participate in the Lawsuit, you must have the enclosed "Consent to Join" form filed with the Clerk of the Court. If you do not sign and mail the "Consent to Join" form to the address listed below by _____ *or* file it directly with the Clerk of the Court by _____, you will not be permitted to seek compensation for the alleged failure to pay minimum wages and/or overtime wages in this case.

You have the following options (listed on the next page):

Option 1:

If you wish to retain current class counsel and participate in this FLSA lawsuit, by _____ 2017, you must sign and return the enclosed "Consent to Join" form to:

**Jennifer Lossia McManus (P65976)**
**Fagan McManus, PC**
**Attorneys for Plaintiff**
25892 Woodward Ave
Royal Oak, MI  48067
**(248) 542-6300**
**(248)542-6301 (fax)**
jmcmanus@faganlawpc.com

An attorney will contact you to discuss a retainer agreement. Once it is verified that you fit within the definition of the class, are otherwise qualified to proceed, and a retainer agreement is in place, Fagan McManus, PC will file the Consent to Join form with the Clerk of the Court on your behalf. If it is determined that you do not fit within the definition of the class, are not qualified to proceed, or, if the firm is unwilling to proceed on your behalf, you may still use Options 2 or 3.

Option 2:

You may wish to represent yourself or to obtain your own attorney, in such case you must file your own Consent to Join form with the Clerk by _____.

Clerk of the Court
U. S. District Court
Eastern District of Michigan
231 W. Lafayette Blvd
Detroit, MI  48226

Option 3:

You may do nothing. If you do not return the "Consent to Join" form or file your own consent form, you will not be eligible to participate in this lawsuit and will not be entitled to any compensation that may be awarded in the Lawsuit.

## V.      No Retaliation

Federal law prohibits Defendant from retaliating against you because of your decision to participate in this litigation or exercise your rights under the Fair Labor Standards Act.

## VI.     Court Neutrality

The Court is not endorsing the merits of the lawsuit or advising you as to whether to participate in this lawsuit. You are under no obligation to respond to this notice.

Dated: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOLENE FLANAGAN,
TRAVIS PIETRYKOWSKI,
MICHELLE WILKINS, and
DENISE WOOD,

      Plaintiffs,                             Case No. 16-cv-13598

-vs-

                                       Hon. George Caram Steeh
SUNDANCE, INC.,                 Mag. Judge R. Steven Whalen

      Defendant.

_____/

## Consent To Join Collective Action And Be Represented By Fagan McManus, P.C. & Pitt, McGehee, Palmer and Rivers, P.C.

■     I, _____, consent to join the above-captioned lawsuit seeking damages for unpaid overtime wages brought under the Fair Labor Standards Act.

■     I am similarly situated to the named plaintiffs because, within the last two years

        ■     I have regularly worked over 40 hours per week as a Team Member, Shift Lead or other hourly employee while employed with Defendant at one of its Michigan locations and have not been paid for all hours worked and/or have not been paid overtime compensation.

■     I authorize a steering committee composed of Denise Wood, Jolene Flanagan and Travis Pietrykowski to file and prosecute the above-captioned matter in my name, and I designate the steering committee to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims. While the steering committee is expected to attempt to reach consensus on issues, a simple majority vote will control.

6

■    I agree to be represented by the law firms of Fagan McManus, P.C. & Pitt, McGehee, Palmer and Rivers, P.C., counsel for the named plaintiffs Michelle Wilkins, Denise Wood, Jolene Flanagan and Travis Pietrykowski.

■    If this case is conditionally certified and later decertified, I authorize the steering committee's counsel to reuse this consent form to re-file my claims in a separate or related action against Defendants.

Date:_____

Signature:    _____

Printed Name: _____

Address: c/o my counsel

Jennifer L. McManus (P65976)
FAGAN MCMANUS, P.C.
Attorneys for Plaintiff
25892 Woodward Avenue
Royal Oak, MI  48067-0910
(248) 542-6300
jmcmanus@faganlawpc.com

Megan A. Bonanni (P52079)
PITT, MCGEHEE, PALMER AND RIVERS, P.C.
Attorney for Plaintiffs
117 West Fourth Street, Suite 200
Royal Oak, Michigan 48067
(248) 398-9800
mbonanni@pittlawpc.com

7