# EXHIBIT B

## Rice, Joel

| | |
|---|---|
| **From:** | Rice, Joel |
| **Sent:** | Friday, August 3, 2018 8:46 AM |
| **To:** | 'Jennifer McManus'; Fanning, Scott |
| **Cc:** | Megan Bonanni |
| **Subject:** | RE: Witness Lists |

Yes, I saw that too. And yes, I agree with you. Although the judge did not enter any specific scheduling order, my understanding is that everything is in abeyance until after we have our settlement conference. As I recall, he said that he would give us whatever accommodation we needed on the remainder of the schedule if we reported back that we could not settle.



### Joel W. Rice
**Attorney at Law**

Fisher & Phillips LLP
10 South Wacker Drive | Suite 3450 | Chicago, IL 60606
jrice@fisherphillips.com | O: (312) 580-7810

vCard | Bio | Website   *On the Front Lines of Workplace Law*ˢᴹ

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

**From:** Jennifer McManus [mailto:jmcmanus@faganlawpc.com]
**Sent:** Friday, August 3, 2018 8:43 AM
**To:** Rice, Joel <jrice@fisherphillips.com>; Fanning, Scott <sfanning@fisherphillips.com>
**Cc:** Megan Bonanni <mbonanni@pittlawpc.com>
**Subject:** Witness Lists

Good morning,
According to the scheduling order, witness lists are due today. Even though we don't have another scheduling order, it's my understanding that all days are held in abeyance. Is that correct?
Thanks,
Jennifer

JENNIFER LOSSIA MCMANUS
FAGAN MCMANUS, P.C.
ATTORNEYS AT LAW
25892 WOODWARD AVENUE
ROYAL OAK, MI 48067-0910
PHONE: (248) 542-6300
FAX: (248) 542-6301
JMCMANUS@FAGANLAWPC.COM
WWW.FAGANLAWPC.COM

1