IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBYN MORGAN, on behalf of herself and all similarly situated individuals, <br><br> Plaintiff, <br><br> vs. <br><br> SUNDANCE, INC., <br><br> Defendant. | Case No. 4:18-CV-00316-JAJ-HCA <br><br><br> **NOTICE OF APPEARANCE** |

COMES NOW the undersigned and hereby enters her Appearance on behalf of the

Plaintiff, Robyn Morgan.


        __/s/ *Madison Fiedler-Carlson*_____
        FIEDLER LAW FIRM, P.L.C.
        Madison Fiedler Carlson AT0013712
        madison@employmentlawiowa.com
        8831 Windsor Parkway
        Johnston, IA 50131
        Telephone: (515) 254-1999
        Fax: (515) 254-9923
        ATTORNEY FOR PLAINTIFF