**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

|  |  |
|---|---|
| Plaintiff(s), | Case No. |
| vs. | |
| | **MOTION FOR ADMISSION
PRO HAC VICE** |
| Defendant(s). | |

_____

_____, a lawyer who is not a member of the bar of this district,

moves to appear in this case pro hac vice on behalf of _____,

_____.

_____ is a member in good standing of the bar of

_____ and agrees to submit to and comply with all provisions

and requirements of the rules of conduct applicable to lawyers admitted to practice before

this court in connection with pro hac vice representation in this case.

_____ agrees to comply with the associate counsel

requirements of LR 83.1.d.3 by associating with _____, an

attorney who has been admitted to the bar of this district under LR 83.1.b and .c and who

/s/_____

_____

_____

_____

_____

_____