IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBYN MORGAN, on behalf of herself and all similarly situated individuals, <br><br>     Plaintiff, <br><br> vs. <br><br> SUNDANCE, INC., <br><br>     Defendant. | Case No.:  4:18-cv-00316-JAJ-HCA |

**DEFENDANT'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND DISMISS
PLAINTIFF'S COMPLAINT**

Defendant Sundance, Inc. ("Defendant" or "Sundance"), by and through its attorneys, Joel W. Rice and Scott C. Fanning of FISHER & PHILLIPS LLP, respectfully moves this Court pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 3,4, for an order compelling individual arbitration for all claims in Plaintiff Robyn Morgan's ("Plaintiff") Complaint ("Complaint") and dismissing Plaintiff's Complaint; or, in the alternative, staying the underlying proceedings pending the outcome of the arbitration.

This Motion is made pursuant to the FAA, which requires parties to arbitrate claims in accordance with their arbitration agreements.  This Motion is based on the law, the supporting Memorandum filed with this motion, the exhibits, the declarations, and any Reply Memorandum that Defendant may file, and any oral argument the Court may allow at any hearing on this Motion.

Dated:  May 3, 2019

> Respectfully submitted:
> /s/ Joel W. Rice
> Joel W. Rice (pro hac vice)
> Scott C. Fanning (pro hac vice)
> Fisher & Phillips, LLP

2

10 S. Wacker Dr., Ste. 3450
Chicago, IL 60606
(312) 346-8061

Kevin J. Driscoll
Finley Law Firm, P.C.
699 Walnut Street, Suite 1700
Des Moines, IA 50309
Telephone: (515) 288-0145
E-Mail: kdriscoll@finleylaw.com
Attorneys for Sundance, Inc.

FPDOCS 35329912.1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system and also served the foregoing upon to all counsel of record via electronic mail.

Dated: May 3, 2019

Respectfully submitted,

/s/ Joel W. Rice
Joel W. Rice
Scott C. Fanning
Fisher & Phillips, LLP
10 S. Wacker Dr., Ste. 3450
Chicago, IL 60606
(312) 346-8061
*Attorneys for Sundance, Inc.*

3

FPDOCS 35329912.1