# EXHIBIT A

**PLEASE TELL US ABOUT YOURSELF**

| | | | |
|---|---|---|---|
| Last Name: MORGAN | First Name: ROBYN | | MI: |

| | | | |
|---|---|---|---|
| Current Address: 1204 EAST MAIN ST. | City: LAMONI | State: IA | Zip: 50140 |

| | |
|---|---|
| Have you ever worked for Taco Bell, KFC, Pizza Hut, or A&W Before? Yes | Are you over 18? Yes |

Phone Number: 515-422-4580

**WHAT WOULD YOU LIKE TO DO**

| | |
|---|---|
| Position: CREW | Full-Time or Part-Time |

| Availability: | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| From: | Any Time | Any Time | Any Time | Any Time | Any Time | Any Time | Any Time |
| To: | Any Time | Any Time | Any Time | Any Time | Any Time | Any Time | Any Time |

**SCHOOL**

| School | Name, City, State: | Received Diploma: |
|---|---|---|
| High School: | MACHS Mt Ayr Ia 50854 | Yes |

**TWO MOST RECENT JOBS**

| | |
|---|---|
| Company and Address: Osceola Foods | If currently employed, may we contact? |
| Telephone: 641-342-8000 | Supervisor's Name: Kyle |
| Dates worked: 2/2015 | Last Salary/Wage: $7.25 |
| What Did You Do?: CIB processing | |
| Why Did You Leave?: Job Ended | |

| | |
|---|---|
| Company and Address: Pro Com Inc | If currently employed, may we contact? |
| Telephone: 641-784-8841 | Supervisor's Name: Sunshine Arney |
| Dates worked: 4/16/14 | Last Salary/Wage: $8.25 |
| What Did You Do?: Sales Rep | |
| Why Did You Leave?: Job Ended | |

**MISCELLANEOUS INFORMATION**

| | |
|---|---|
| Do you have reliable transportation to get to work? Yes | If hired, when could you begin work? 08/21/2015 |

**REFERENCES**

| Name: | Type of Reference: | Phone Number: |
|---|---|---|
| Nicole Carney | Personal | 641-443-2276 |
| Frankie Scarlett | Personal | 641-295-4841 |

**AGREEMENT** (Please read, sign and date below)

Throughout this application, the term "Company" or "Taco Bell" refers to the entity reviewing your application and making any hiring decisions.

**Nature of my Employment.** If I am hired by Taco Bell, I agree that I will be an at-will employee, which means that either I or Taco Bell may end my employment at any time, with or without cause or notice. I agree that no written materials or verbal statements by Taco Bell will constitute an expressed or implied contract of continued employment and that this at-will relationship can only be modified in writing by Taco Bell's President. I agree that, if hired, I will obey Taco Bell's rules, including treating confidentially any information I learn during my employment.

**My Participation in Taco Bell's Drug Free Environment.** I am not a current user of illegal drugs, and I agree I will never work under the influence of drugs or alcohol.

**Agreement to Arbitrate.** Because of the delay and expense of the court systems, Taco Bell and I agree to use confidential binding arbitration, instead of going to court, for any claims that arise between me and Taco Bell, its related companies, and/or their current or former employees. Without limitation, such claims would include any concerning compensation, employment (including, but not limited to, any claims concerning sexual harassment or discrimination), or termination of employment. Before arbitration, I agree: (i) first to present any such claims in full written detail to Taco Bell; (ii) next, to complete any Taco Bell internal review process; and (iii) finally, to complete any external administrative remedy (such as with the Equal Employment Opportunity Commission or National Labor Relations Board). In any arbitration, the then prevailing employment dispute resolution rules of the American Arbitration Association will apply, except that Taco Bell will pay the arbitrator's fees, and Taco Bell will pay that portion of the arbitration filing fee in excess of the similar court filing fee had I gone to court.

**APPLICANT'S SIGNATURE:** *ROBYN MORGAN*          **DATE:** 08/20/2015

© 2013 Sundance Inc., Kensington Mgmt, Old West Properties, Windy Landings