IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBYN MORGAN, on behalf of herself and all similarly situated individuals,<br><br>    Plaintiff,<br><br>vs.<br><br>SUNDANCE, INC.,<br><br>    Defendant. | Case No. 4:18-cv-00316-JAJ-HCA<br><br><br>**CONSENT TO JOIN** |

I work or worked for Sundance, Inc. ("Defendant") as an hourly, non-exempt crew member and worked uncompensated overtime. Additionally, while working for Defendant, I was not paid my regular hourly rate for hours worked under 40 in a workweek.

I choose to participate in the above-captioned lawsuit, to recover unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216(b), and other relief under state and federal law.

I choose to be represented in this action by the named plaintiff and Sommers Schwartz, P.C. and Fiedler Law Firm, P.L.C. ("Plaintiff's Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Defendant and/or any related entities or persons potentially liable.

Print Name:    Mike Montgomery

Signature:    *Mike Montgomery*

Date:    05/16/2019

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBYN MORGAN, on behalf of herself and all similarly situated individuals,<br><br>   Plaintiff,<br><br>vs.<br><br>SUNDANCE, INC.,<br><br>   Defendant. | Case No. 4:18-cv-00316-JAJ-HCA<br><br><br>**CONSENT TO JOIN** |

I work or worked for Sundance, Inc. ("Defendant") as an hourly, non-exempt crew member and worked uncompensated overtime. Additionally, while working for Defendant, I was not paid my regular hourly rate for hours worked under 40 in a workweek.

I choose to participate in the above-captioned lawsuit, to recover unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216(b), and other relief under state and federal law.

I choose to be represented in this action by the named plaintiff and Sommers Schwartz, P.C. and Fiedler Law Firm, P.L.C. ("Plaintiff's Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Defendant and/or any related entities or persons potentially liable.

Print Name:  Danice Montgomery

Signature:  _Danice Montgomery_

Date:  05/16/2019

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBYN MORGAN, on behalf of herself and all similarly situated individuals,<br><br>    Plaintiff,<br><br>vs.<br><br>SUNDANCE, INC.,<br><br>    Defendant. | Case No. 4:18-cv-00316-JAJ-HCA<br><br><br>**CONSENT TO JOIN** |

I work or worked for Sundance, Inc. ("Defendant") as an hourly, non-exempt crew member and worked uncompensated overtime. Additionally, while working for Defendant, I was not paid my regular hourly rate for hours worked under 40 in a workweek.

I choose to participate in the above-captioned lawsuit, to recover unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216(b), and other relief under state and federal law.

I choose to be represented in this action by the named plaintiff and Sommers Schwartz, P.C. and Fiedler Law Firm, P.L.C. ("Plaintiff's Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Defendant and/or any related entities or persons potentially liable.

Print Name:  Tyler Montgomery

Signature:  _Tyler Montgomery_

Date:  05/16/2019