# Exhibit A

**D**avid

**M**acpherson

**DAVID MACPHERSON**
125 Park Drive
San Antonio, Texas 78212
Tel: (210) 863-4808
Fax: (866) 414-3489

April 2, 2019

Mr. Charles R. Ash IV, Esq        Ms. Megan Bonanni, Esq.              Ms. Jennifer McManus, Esq.
Sommers Schwartz, P.C.            Pitt, McGehee, Palmer, & Rivers, P.C.  Fagan McManus, P.C.
One Towne Square, Suite 1700     117 West Fourth Street, Suite 200     25892 Woodward Ave.
Southfield, Michigan  48076      Royal Oak, MI 48067                   Royal Oak, MI 48067

Dear Mr. Ash, Ms. Bonanni, and Ms. McManus:

Thank you for your inquiry regarding expert economic services to be provided by myself. Based upon the information you have provided to me thus far, I will be pleased to assist you in your case.

My services are billed at $300 per hour for research or analysis and $400 per hour for deposition (2 hour minimum) or trial (4 hour minimum). All expenses are billed at cost. Whenever possible, the lowest cost resources are utilized to complete the assignment.

I send statements on a monthly basis, at the conclusion of the consulting assignments or after trial. All payment obligations are the responsibility of the retaining party. All the services rendered by myself are independent of the outcome of the analysis or the decisions at trial. Statements are due upon receipt and will accrue interest on any outstanding balance after 30 days at the rate of one percent (1%) per month until full payment is received.

Please review the enclosed information at your convenience. Prior to the start of this assignment, I will need a retainer of $3,000. If this case does not proceed beyond my initial retention, $2,500 of the retainer will be refunded to you. I also need a signed copy of this letter accepting the details of our arrangement.

I look forward to working with you.

Sincerely,

*David A. Macpherson*

David A. Macpherson, Ph.D.

Accepted by: _____        Date: __4/3/19__