# Exhibit B

| From: | Fanning, Scott |
|-------|----------------|
| To: | Ash, Rob |
| Cc: | Rice, Joel |
| Subject: | Morgan v. Sundance |
| Date: | Monday, April 22, 2019 2:09:04 PM |

Hi Rob,

Joel asked that I let you know that he is out of town and tied up with another mediation and will not be able to respond to your voicemail today. Also, can you let us know if you are available for a call Wednesday morning to discuss the planning report? Additionally, if you have a proposed schedule/report in mind, it may be beneficial if you could circulate a proposed report prior to the call.

Very truly yours,

**Scott C. Fanning**
**Attorney at Law**

Fisher & Phillips LLP
10 South Wacker Drive | Suite 3450 | Chicago, IL 60606
sfanning@fisherphillips.com | O: (312) 580-7800

vCard | Bio | Website   *On the Front Lines of Workplace Law℠*

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*