IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBYN MORGAN, on behalf of herself and all similarly situated individuals,<br><br>        Plaintiff,<br><br>vs.<br><br>SUNDANCE, INC.,<br><br>        Defendant. | Case No.:  4:18-cv-00316-JAJ-HCA |

## DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF FIVE PAGES

Defendant Sundance, Inc. ("Defendant" or "Sundance"), by and through its attorneys, Joel W. Rice and Scott C. Fanning of FISHER & PHILLIPS LLP, move this Court, pursuant to Local Rule 7(h), for leave to file a reply brief in excess of five pages (six pages in total). In support of this Motion, Defendant states as follows:

1.       The Plaintiff filed a thirteen page Response in Opposition of Defendant's Motion to Compel Arbitration ("Response"). [D. 24].

2.       The proposed length of Defendant's Reply Brief in Support of Defendant's Motion to Compel Arbitration is six pages—just one page over the limit. Defendant made strenuous efforts to conform to the five page limit, but is concerned that any further cuts will impact its ability to address Plaintiff's arguments in a manner that will aid the Court's resolution of the issue.

3.       Defendant has good cause to file a Reply Brief of six pages due to the length of Plaintiff's response, and the number of cases and arguments presented therein. Defendant's

Motion to Compel Arbitration and Brief necessarily and anticipatorily addressed numerous issues required for Defendant to establish the enforceability of the arbitration agreement, including contract formation, unconscionability, and applicability of class arbitration. [D. 21-1]. Additionally, in anticipation of Plaintiff's Response, Defendant briefly addressed the issue of waiver. [D. 21-1, pp. 14-16]. However, all thirteen pages of the Response were focused entirely on the issue of waiver. Defendant could not have reasonably anticipated all of the arguments raised in the Response and requires an additional page to address them in its Reply Brief.

4.    Defendant has conferred with Plaintiff's counsel regarding this Motion pursuant to Local Rule 7(l) and Plaintiff has objected to the one page extension unless Defendant consents in advance to the filing of a six page sur-reply brief. It is Defendant's position that a sur-reply brief is not necessary and that it is premature for Plaintiff to make such a request as not having yet seen Defendant's Reply Brief.

5.    Pursuant to Local Rule 7(h), attached is Defendant's proposed Reply Brief.

**WHEREFORE,** Defendant respectfully requests that this Honorable Court grant it leave to file a Reply Brief of six pages in Support of its Motion to Compel Arbitration; and that upon granting said Motion, the Court detach the proposed Reply Brief, file, and docket it; and for such other and further relief as the Court deems just and proper.

Dated:  May 24, 2019

Respectfully submitted:
/s/ Joel W. Rice
Joel W. Rice (pro hac vice)
Scott C. Fanning (pro hac vice)
Fisher & Phillips, LLP
10 S. Wacker Dr., Ste. 3450
Chicago, IL 60606
(312) 346-8061

Kevin J. Driscoll
Finley Law Firm, P.C.

699 Walnut Street, Suite 1700
Des Moines, IA 50309
Telephone: (515) 288-0145
E-Mail: kdriscoll@finleylaw.com
Attorneys for Sundance, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system and also served the foregoing upon to all counsel of record via electronic mail.

Dated: May 24, 2019

Respectfully submitted,

/s/ Joel W. Rice
Joel W. Rice
Scott C. Fanning
Fisher & Phillips, LLP
10 S. Wacker Dr., Ste. 3450
Chicago, IL 60606
(312) 346-8061
*Attorneys for Sundance, Inc.*

3