IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBYN MORGAN, on behalf of herself and all similarly situated individuals,<br><br>     Plaintiff,<br><br>vs.<br><br>SUNDANCE, INC.,<br><br>     Defendant. | Case No.:  4:18-cv-00316-JAJ-HCA |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Defendant Sundance, Inc. ("Sundance") appeals to the United States Court of Appeals for the Eighth Circuit from the *Opinion and Order Regarding Defendant's Motion to Compel Individual Arbitration and Dismiss* [Doc. 28] entered in this action on June 28, 2018.

Dated:  July 8, 2019

Respectfully submitted:
/s/ Joel W. Rice
Joel W. Rice (*pro hac vice*)
Scott C. Fanning (*pro hac vice*)
Fisher & Phillips, LLP
10 S. Wacker Dr., Ste. 3450
Chicago, IL 60606
(312) 346-8061

Kevin J. Driscoll
Finley Law Firm, P.C.
699 Walnut Street, Suite 1700
Des Moines, IA 50309
Telephone: (515) 288-0145
E-Mail: kdriscoll@finleylaw.com
Attorneys for Sundance, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system and also served the foregoing upon to all counsel of record via electronic mail.

Dated: July 8, 2019                                   Respectfully submitted,

                                                      /s/ Joel W. Rice
                                                      Joel W. Rice
                                                      Scott C. Fanning
                                                      Fisher & Phillips, LLP
                                                      10 S. Wacker Dr., Ste. 3450
                                                      Chicago, IL 60606
                                                      (312) 346-8061
                                                      *Attorneys for Sundance, Inc.*