**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF IOWA**
**OFFICE OF THE CLERK**
**P. O. BOX 9344**
**DES MOINES, IA. 50306-9344**
**515-284-6248**

# Civil Case Notice of Appeal Supplement

COUNSEL FOR APPELLANT PLEASE COMPLETE AND SUBMIT WITH NOTICE OF APPEAL

**Case Name:** _____ **vs.** _____

**District Court Case #** _____:_____- cv - _____

**Appeal Fee ($505.oo) Status   Pd___      IFP___     Pending ___     Govt.  Appeal ___**

**Counsel  Appointed _____      CJA _____      Retained _____      Pro Se_____**

**Appeal filed by   Counsel_____ Pro Se_____**

**Any reason why counsel should not be appointed**_____

**Pending post Judgment motions:   Yes___  No___**

**Type of Motion(s)**_____

**High Public Interest Case   Yes_____  No_____**

**Simultaneous Opinion Release Requested   Yes_____  No_____**

**Trial  Held   Yes_____  No_____**

**Jury Trial  Held   Yes_____  No_____**

**Court Reporter   Yes _____  No_____      Length of Trial** _____

**Reporter's  Name** _____

**Address** _____

_____

**Phone** _____

**Transcript Ordered   Yes_____  No_____**

**Appealing:   Order prior to final judgment _____     Final Judgment_____**