# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

July 08, 2019

Mr. Joel W. Rice
FISHER & PHILLIPS
Suite 3450
10 S. Wacker Drive
Chicago, IL  60606

    RE:  19-2435  Robyn Morgan v. Sundance

Dear Counsel:

    The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

    Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

    The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

    Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

    The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

TMF

Enclosure(s)

cc:   Mr. Charles R. Ash IV
      Mr. John S. Courter
      Mr. Kevin J. Driscoll
      Mr. Scott C. Fanning
      Ms. Paige Fiedler
      Ms. Madison Elizabeth Fiedler-Carlson
      Mr. Jason J. Thompson

      District Court/Agency Case Number(s):   4:18-cv-00316-JAJ

**Caption For Case Number:   19-2435**

Robyn Morgan, on behalf of herself and all similarly situated individuals

       Plaintiff - Appellee

v.

Sundance, Inc.

       Defendant - Appellant

**Addresses For Case Participants:   19-2435**

Mr. Joel W. Rice
FISHER & PHILLIPS
Suite 3450
10 S. Wacker Drive
Chicago, IL  60606

Mr. Charles R. Ash IV
SOMMERS & SCHWARTZ
Suite 900
2000 Town Center
Southfield, MI  48075-1100

Mr. John S. Courter
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA  50306-0000

Mr. Kevin J. Driscoll
FINLEY LAW FIRM
Suite 1700
699 Walnut Street
Des Moines, IA  50309

Mr. Scott C. Fanning
FISHER & PHILLIPS
Suite 3450
10 S. Wacker Drive
Chicago, IL  60606

Ms. Paige Fiedler
FIEDLER & TIMMER
8831 Windsor Parkway
Johnston, IA  50131

Ms. Madison Elizabeth Fiedler-Carlson
FIEDLER LAW FIRM
8831 Windsor Parkway
Johnston, IA  50131

Mr. Jason J. Thompson
SOMMERS & SCHWARTZ
Suite 900
2000 Town Center
Southfield, MI  48075-1100