IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBYN MORGAN, on behalf of herself and all similarly situated individuals,<br><br>    Plaintiff,<br><br>vs.<br><br>SUNDANCE, INC.,<br><br>    Defendant. | Case No. 4:18-cv-00316-JAJ-HCA |

**PLAINTIFF'S SECOND NOTICE OF FILING
CONSENTS TO JOIN COLLECTIVE ACTION**

NOW COME Plaintiffs, by and through their undersigned counsel, and hereby notify the

Court of the filing of the Consent to Join Collective Action attached hereto as an Exhibit.


Dated:  September 10, 2019

*/s/ Charles R. Ash, IV*
Jason J. Thompson (Pro Hac Vice)
Charles R. Ash, IV (Pro Hac Vice)
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, MI 48067 PH:
(248) 355-0300
jthompson@sommerspc.com
crash@sommerspc.com

FIEDLER LAW FIRM, P.L.C.
Paige Fiedler (AT0002496)
8831 Windsor Parkway
Johnston, IA  50131
(515) 254-1999
paige@employmentlawiowa.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I certify that on September 10, 2019, I electronically filed the forgoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

*/s/ Charles R. Ash, IV*
crash@sommerspc.com

2