IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBYN MORGAN, on behalf of herself and all similarly situated individuals, | Case No. 4:18-cv-00316-JAJ-HCA |
| Plaintiff, | |
| vs. | **CONSENT TO JOIN** |
| SUNDANCE, INC., | |
| Defendant. | |

I work or worked for Sundance, Inc. ("Defendant") as an hourly, non-exempt crew member and worked uncompensated overtime. Additionally, while working for Defendant, I was not paid my regular hourly rate for hours worked under 40 in a workweek.

I choose to participate in the above-captioned lawsuit, to recover unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216(b), and other relief under state and federal law.

I choose to be represented in this action by the named plaintiff and Sommers Schwartz, P.C. and Fiedler Law Firm, P.L.C. ("Plaintiff's Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Defendant and/or any related entities or persons potentially liable.

Print Name: JaQueline Johnson

Signature: 

Date: 9/10/19