# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 19-2435

_____

Robyn Morgan, on behalf of herself and all similarly situated individuals

Plaintiff - Appellee

v.

Sundance, Inc.

Defendant - Appellant

---

Appeal from U.S. District Court for the Southern District of Iowa - Iowa City
(4:18-cv-00316-JAJ)

---

## JUDGMENT

Before COLLOTON, GRUENDER, and GRASZ, Circuit Judges.


This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

March 30, 2021


Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
            /s/ Michael E. Gans