# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2435

Robyn Morgan, on behalf of herself and all similarly situated individuals

Appellee

v.

Sundance, Inc.

Appellant

---

Appeal from U.S. District Court for the Southern District of Iowa - Iowa City
(4:18-cv-00316-JAJ)

---

## MANDATE

In accordance with the opinion and judgment of 03/30/2021, and pursuant to the

provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in

the above-styled matter.

April 21, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit