**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

ROBYN MORGAN, on behalf of herself
and all similarly situated individuals,

        Plaintiff,

vs.

SUNDANCE, INC.,

        Defendant.

No. 4:18-cv-316-JAJ-HCA

**ORDER COMPELLING
INDIVIDUAL ARBITRATION and
STAYING CASE**

_____

This case, filed on September 25, 2018, is a putative nationwide collective action pursuant to the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq*., filed by a former employee seeking to recover wages and overtime pay allegedly retained by an employer using a scheme involving improper wage and hour practices. On June 28, 2021, the court denied the defendant's May 3, 2019, Motion To Compel Individual Arbitration And Dismiss Plaintiff's Complaint [Dkt. No. 21] on the ground that the defendant had waived its right to arbitrate the plaintiff's claims. The defendant appealed. On March 30, 2021, a majority of a panel of the Eighth Circuit Court of Appeals held that the plaintiff had not been prejudiced by the defendant's litigation strategy and reversed and remanded for proceedings consistent with its opinion.

Consistent with the decision of the Eighth Circuit Court of Appeals, the court now grants the defendant's Motion To Compel Arbitration. However, the court notes that, in its Motion, the defendants argued that, if the court did not dismiss the action, it should stay the underlying proceedings pending completion of arbitration. Although the court may have authority to dismiss an action under 9 U.S.C. § 3 and applicable case law, *see, e.g., Unison Co. v. Juhl Energy Dev., Inc*., 789 F.3d 816, 821 (8th Cir. 2015), when it compels arbitration, the court concludes that the proper course, here, is to stay the action pending

the outcome of arbitration. This course is appropriate, because it is not clear *all* the contested issues in the case would be resolved by arbitration of the plaintiff's individual claims. *See Green v. SuperShuttle Int'l, Inc.*, 653 F.3d 766, 769-770 (8th Cir. 2011).

Upon the foregoing,

**IT IS ORDERED** that the defendant's May 3, 2019, Motion To Compel Individual Arbitration And Dismiss Plaintiff's Complaint [Dkt. No. 21] is **granted** to the extent that the parties are ordered to arbitrate the plaintiff's individual claims, and this action is **stayed** pending completion of arbitration.

**DATED** this 26th of April, 2021.

_____
JOHN A. JARVEY, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

2