# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 1, 2021

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

> Re: Robyn Morgan
>     v. Sundance, Inc.
>     No. 21-328
>     (Your No. 19-2435)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 27, 2021 and placed on the docket September 1, 2021 as No. 21-328.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst