# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

**Michael E. Gans**
*Clerk of Court*

## MEMORANDUM

**TO:**    Mr.  Clerk, U.S. District Court, Southern Iowa

**FROM:**    Michael E. Gans, Clerk of Court

**DATE:**    November 30, 2021

**RE:**    19-2435  Robyn Morgan v. Sundance, Inc.

   District Court/Agency Case Number(s):   4:18-cv-00316-JAJ

---

   Enclosed is a letter received from the United States Supreme Court stating that an order has been filed granting certiorari in the above case.

AMT

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 15, 2021

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

> Re:  Robyn Morgan
>       v. Sundance, Inc.
>       No. 21-328
>       (Your No. 19-2435)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of Law Professors for leave to file a brief as *amici curiae* is granted.   The petition for a writ of certiorari is granted.

Sincerely,

**Scott S. Harris**, Clerk