# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 24, 2022

Clerk
United States Court of Appeals
  for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

      **Re:  Robyn Morgan**
          **v. Sundance, Inc.**
          **No. 21-328 (Your docket No. 19-2435)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

          Sincerely,

          SCOTT S. HARRIS, Clerk

          By

          Michael Altner
          Judgments/Mandates Clerk

Enc.
cc:     All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 24, 2022

Ms. Karla Ann Gilbride, Esq.
Public Justice, P.C.
1620 L St. NW, Ste. 630
Washington, D.C. 20036

Mr. Paul D. Clement, Esq.
Kirkland & Ellis LLP
1301 Pennsylvania Ave., NW
Washington, D.C. 20004

      **Re:  Robyn Morgan**
             **v. Sundance, Inc.**
             **No. 21-328**

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Eighth Circuit.

The petitioner is given recovery of costs in this Court as follows:

| | |
|---|---|
| **Printing of record:** | $1,823.30 |
| **Clerk's costs:** | 300.00 |
| **Total:** | $2,123.30 |

This amount may be recovered from the respondent.

      Sincerely,

      SCOTT S. HARRIS, Clerk

      By

      Michael Altner
      Judgments/Mandates Clerk

cc:  Clerk, U.S. Court of Appeals for the Eighth Circuit
      (Your docket No. 19-2435)

# Supreme Court of the United States

No. 21-328

**ROBYN MORGAN,**

Petitioner

v.

**SUNDANCE, INC.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Eighth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated with costs, and the case is remanded to the United States Court of Appeals for the Eighth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioner Robyn Morgan recovers from Sundance, Inc., Two Thousand One Hundred and Twenty-three Dollars and Thirty Cents ($2,123.30) for costs herein expended.

May 23, 2022

| | |
|---|---|
| **Printing of record:** | $1,823.30 |
| **Clerk's costs:** | 300.00 |
| **Total:** | $2,123.30 |

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States