# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2435

Robyn Morgan, on behalf of herself and all similarly situated individuals

Appellee

v.

Sundance, Inc.

Appellant

_____

Appeal from U.S. District Court for the Southern District of Iowa - Iowa City
(4:18-cv-00316-JAJ)

_____

**ORDER**

Pursuant to the order of the U.S. Supreme Court, dated May 23, 2022, and the U.S.

Supreme Court's mandate of June 24, 2022, this court's judgement, dated March 30, 2021, is

vacated, the mandate is hereby recalled, and the case is reopened.

June 27, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans