## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 19-2435

Robyn Morgan, on behalf of herself and all similarly situated individuals

Appellee

v.

Sundance, Inc.

Appellant

_____

Appeal from U.S. District Court for the Southern District of Iowa - Iowa City
(4:18-cv-00316-JAJ)

_____

**ORDER**

The parties' joint motion to stay briefing on appeal is granted. The parties shall promptly notify the clerk of any district court action regarding the proposed settlement.

August 15, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans