IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBYN MORGAN, on behalf of herself and all similarly situated individuals,<br><br>    Plaintiff,<br><br>vs.<br><br>SUNDANCE, INC.,<br><br>    Defendant. | Case No. 4:18-cv-00316-SHL-HCA<br><br><br>**UNOPPOSED MOTION FOR APPROVAL OF SETTLMENT PURSUANT TO FAIR LABOR STANDARDS ACT** |

**COMES NOW** the Plaintiff and for her Motion for Approval of Settlement Pursuant to the Fair Labor Standards Act hereby states the following:

1.      Plaintiff filed this action on September 25, 2018, alleging various violations of the Fair Labor Standards Act.

2.      The parties' dispute about arbitration of the controversy was partially decided by the United States Supreme Court. *See Morgan v. Sundance, Inc.*, 142 S.Ct. 1708 (2022).

3.      The underlying dispute has now been settled, and Plaintiff requests that the Court approve the terms of the settlement. Such terms are set forth in the accompanying Brief and exhibits.

1

**WHEREFORE,** Plaintiff respectfully requests that the Court grant her unopposed motion, enter an order approving the settlement, and dismissing the action with prejudice.

Dated:  October 11, 2022          */s/ Jason J. Thompson*
Jason J. Thompson (*Admitted Pro Hac Vice*)
MI Bar No. P47184
**SOMMERS SCHWARTZ, P.C.**
One Towne Square, Suite 1700
Southfield, Michigan 48076
248-355-0300
jthompson@sommerspc.com

Paige Fiedler AT0002496
FIEDLER LAW FIRM, P.L.C.
8831 Windsor Parkway
Johnston, Iowa 50131
Phone: (515) 254-1999
paige@employmentlawiowa.com

*Attorneys for Plaintiffs*

.

2