# Exhibit A
# (Submitted to Court for *In Camera Review*)