# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBYN MORGAN, on behalf of herself and all similarly situated individuals, <br><br> Plaintiff, <br><br> vs. <br><br> SUNDANCE, INC., <br><br> Defendant. | Case No. 4:18-cv-00316-SHL-HCA <br><br><br><br> **DECLARATIOIN OF JASON J. THOMPSON IN SUPPORT OF UNOPPOSED MOTION FOR APPROVAL OF SETTLMENT PURSUANT TO FAIR LABOR STANDARDS ACT** |

## DECLARATION OF JASON J. THOMPSON

In accordance with 28 U.S.C. § 1746, I, Jason J. Thompson, first being duly sworn, deposes and states as follows:

1. I am a Senior Shareholder at the law firm of Sommers Schwartz P.C., attorneys for Plaintiff Robyn Morgan in the above captioned cases. I have been involved in this case from the beginning and I have personal knowledge of the matters set forth herein, based on my active participation in all material aspects of this litigation, including personal involvement in the negotiation of the Settlement.

### Experience and Background

2. I have been employed by the law firm of Sommers Schwartz, P.C. since 2008 and practicing law since 1992. I am currently a senior partner with the firm and Co-chair of its Complex Litigation Department.

3. Founded over 50 years ago, Sommers Schwartz lawyers are among the preeminent plaintiff contingent fee lawyers in the country. The firm's practice areas include: employment litigation; commercial litigation; class action litigation; medical malpractice litigation and personal injury litigation.[1] The firm's shareholders are experienced trial attorneys, with active cases

---

[1] https://www.sommerspc.com/practice-areas/

pending in both state and federal courts throughout the country.

4.    Since 1992, I have represented numerous companies and individuals in matters, and for the past 15 years my primary practice has focused almost exclusively on class action and MDL litigation.

5.    I am licensed to practice in the State of Michigan and have been so since 1992. I have been admitted *pro hac vice* or became a member of a particular federal district court in multiple federal courts around the country.

6.    I received my JD degree, *cum laude*, from Michigan State University in May of 1992. I have practiced law in the State of Michigan. In addition to Michigan, I am admitted to practice in the following courts: United States Supreme Court; Sixth Circuit Court of Appeals; U.S. District Court for the Eastern District of Michigan; U.S. District Court for the Western District of Michigan; and U.S. District Court for the District of Maryland. I have appeared *pro hac vice* in numerous U.S. District Courts across the country.[2]

7.    My bio is available on the Sommers Schwartz website.[3]  Since obtaining my law license in 1992, I have litigated actions in a broad span of practice areas, including: Class Action; Consumer Protection; Personal Injury, Employment; Toxic and Mass Tort; Medical and Legal Malpractice; and Commercial Law.  Representative class action cases from these practice areas include the following:

- $54 million class action against 3M and Wolverine World Wide in PFAS ground water contamination nuisance litigation;

---

[2]Including, but not limited to, the following:  Northern District of Alabama; Central District of California; Northern District of California; Southern District of California; District of Colorado; Northern District of Georgia; Northern District of Illinois; Southern District of Illinois; Western District of Kentucky; Western District of Louisiana; District of Massachusetts; District of Minnesota; Southern District of Mississippi; Northern District Missouri; Western District of Missouri; District of Nevada; Southern District of New York; Western District of North Carolina; Northern District of Ohio; Eastern District of Tennessee-Knoxville; Southern District of West Virginia; Western District of Washington.

[3] https://www.sommerspc.com/people/jason-j-thompson/

- $22.5 million recovered for class of insurance policyholders in 38 states whose covered property damage claims were previously underpaid

- Over $16 million in client settlements for women injured by defective transvaginal mesh products

- $11.3 million collective action settlement on behalf of exotic dancers working at a Déjà Vu gentleman's club who were not paid a minimum wage as required under the Fair Labor Standards Act (FLSA). Instead, the dancers were misclassified as independent contractors and were forced to pay the clubs rent out of the dance fees paid by customers.

- $7.5 million settlement in nationwide wage and hour collective action involving more than 12,000 call center employees who were not paid for their pre-shift computer login and boot-up time.

- $4.5 million settlement in nationwide wage and hour class action involving more than 20,000 at-home call center employees who were not paid for their pre-shift computer login and boot-up time and for time spent working "off-the-clock" while experiencing system downtime.

- $3.5 million class action settlement on behalf of home-based customer service agents who claimed their employer unlawfully withheld compensation in violation of the Fair Labor Standards Act's wage and hour provisions

- $3.0 million class action settlement involving restaurant employees who alleged they were cheated out of minimum wage and overtime pay

- $3 million class action settlement on behalf of hourly employees at Bloomin' Brands, Inc. for violation of the Fair Labor Standards Act in failing to pay their employees all earned wages.

- $1.1 million settlement in nationwide wage and hour class action involving more than 1,000 at-home call center employees who were not paid for their pre-shift computer login and boot-up time and for time spent working "off-the-clock" while experiencing system downtime.

8.    I have been appointed to serve as class counsel or significant MDL leadership positions in a variety of complex litigation matter:

- In Re: Recalled Abbott Infant Formula Products Liability Litigation MDL No. 3037 (Class Action Co-Chair of PSC)
- In Re: Blue Cross Blue Shield Antitrust Litigation MDL No. 2406 (Damages PSC Committee Member)
- In Re: Lowe's Companies, Inc., Fair Labor Standards Act (FLSA) and Wage and Hour Litigation (co-lead counsel)
- Lambert et al. v. Dollar General Corp. (Class Counsel)

3

- Parrot et al. v. Family Dollar, Inc. (Class Counsel)
- Lambert et al. v. General Nutrition Corp. (Class Counsel)
- Gullage et al. v. Cognosanto, LLC (Class Counsel)
- Jane Doe et al. v. Deja Vu et al. (Class Counsel)
- Wengerd et. al. v. Self-Reliance, Inc. (Class Counsel)
- Compressor Engineering Corp. vs. Thomas (Class Counsel)
- Lee v. Asurion Insurance Services et al. (Class Counsel)
- Gaffers v. Kelly Services, Inc. (Class Counsel)
- Bourne v. Ansara Restaurant Group et al. (Class Counsel)
- APB Associates v. Bronco's Saloon, Inc. et al. (Class Counsel)
- Compressor Engineering Corporation v. Manufacturers Financial Corporation, et al. (Class Counsel)
- Machesney v. Lar-Bev of Howell, Inc., et al. (Class Counsel)
- Alderoty v. Maxim Healthcare Services (Class Counsel)
- Atkinson v. TeleTech, LLC (Class Counsel)
- Avio, Inc. v. Alfoccino, Inc. et al. (Class Counsel)
- Wright v. Jacob Transportation Services, LLC et al. (Class Counsel)
- Klein v. Secura Insurance Co. (Class Counsel)
- Wilson v. Maxim Healthcare Services (Class Counsel)
- Cardoza v. Bloomin' Brands Inc. et al. (Class Counsel)
- Matthews v. Convergys Corp. et al. (Class Counsel)
- Ingram v. Passmore Towing & Recovery (Class Counsel)
- Terry v. TMX Finance LLC et al. (Class Counsel)
- Ross v Jack Rabbit Services, LLC, et al. (Class Counsel)
- Lawrence v. Maxim Healthcare Services (Class Counsel)
- Stelmachers v. Maxim Healthcare Services (Class Counsel)
- Williams vs. Sykes Enterprises, Inc. (Class Counsel)
- Flores vs. Velocity Express, Inc. (Class Counsel)
- Jimenez et al vs. Allstate Insurance Company et al (Class Counsel)
- Automotive Wire Harness Systems Antitrust Litigation MDL No 2311 (Direct Purchaser PSC)
- Jackson's Five Star Catering, Inc. v John R. Beason d/b/a Tax Connection World & Tax Connection Worldwide LLC (Class Counsel)
- Exclusively Veterinary Cats Hospital, P.C. v Anesthetic Vaporizer Services, Inc. (Class Counsel)
- Northstar Education Finance, Inc. Contract Litigation MDL No. 1990 (Executive Committee)
- Stanley vs. United States Steel Corporation (Class Counsel)
- Amgen Off Label Marketing Litigation MDL No 1934 (Executive Committee)
- In Re: Neurontin Sales and Marketing MDL No. 1629 (Purchase Claims Committee)
- In Re: Vioxx Sales and Marketing MDL No. 1657 (Purchase Claims Committee)
- In Re: Bextra/Celebrex Sales and Marketing MDL No. 1699 (Purchase Claims Committee)
- In Re: Tricor (TPP Allocation Counsel)
- In Re: Zyprexa MDL No. 1596 (Purchase Claims Committee)

4

- Haase vs. Frank J. Bluestein, et al. (PSLRA Counsel)
- Regina vs. Comcast of Detroit, Inc. (Class Counsel)
- Snow v Atofina Chemical Inc. (Class Counsel)

9.    I have also taught law school students as an adjunct professor of law a course I designed on Rule 23 class action and FLSA 216(b) collective actions at Michigan State University Law School.

10.    I have also been recognized as a leader in my field, including: serving as chairperson on professional committees; speaking at or moderating professional CLE courses; selected as a top lawyer by professional groups on multiple occasions; and awarded professional recognition by legal publications over my career.

11.    Based on my experience, and regular MDL can class action practice in federal district courts across the country, I believe I am up to date and familiar with contemporary class action practice, the duties of class counsel and fee and cost awards under Rule 23.

### The Litigation

12.    Sommers Schwartz, P.C. began researching the wage issues involved in this case well before filing the complaint (ECF No. 1) and discussed the claims with attorneys, including Beth Rivers who worked on the Court of Appeals briefing in this case,  already in litigation with Defendant, but on behalf of a Michigan-only class.

13.    Upon researching the law and claims I believed the workers had viable wage and hour claims.

14.    We were contacted by Plaintiff and quickly moved to file the instant lawsuit once we confirmed she had a good case.  We filed the complaint as an FLSA collective action, knowing full well that other workers had alleged to have experienced the same wage violations.

15.    I attended the early mediation in person, which did not produce a settlement in this case.

16.    After mediation, I oversaw the prosecution of the instant case from the beginning, but left the day-to-day work to a junior partner, Charles Ash III, who has since left our firm.

5

17.    I am familiar with the arbitration issue that dominated the case during its pendency, the appeal work done by attorney Beth Rivers, and I was involved in retaining Public Justice to handle the Supreme Court briefing.

### Settlement Agreement

18.    The settlement and its terms are more particularly described in the instant motion. The terms were all the subject of extensive and prolonged negotiations, including the method of allocation among the workers in the collective.

19.    Counsel remains confident in Plaintiffs' claims.  Nevertheless, certification of any collective action, let alone a collective of hourly workers who have long ago stopped working at the Sundance stores, is often hotly contested, and unlikely to produce a large percentage of opt-ins.

20.    The outcome of any trial, regardless of the perceived merits of the claims, is far from certain.  This is particularly true of this case, where key legal and factual issues remain unsettled, including the threshold issue of whether it can be brought as a class, which remains pending before the Eighth Circuit.  Sommers Schwartz further understands that the post-trial appellate process poses its own risk and can significantly delay any relief recovered.  But even a successfully litigated appeal, to an appellate court of first instance, required two years and was fraught with numerous perils.  Plaintiff counsel fully expects that any judgment for the Plaintiffs would be appealed by Defendant.

21.    I have spoken to all the law firms and they all support the settlement.

22.    I have spoken to Plaintiff Morgan and she supports the settlement and fee request.

23.    Based on my experience, I advocate for the Court's approval of this settlement. Sommers Schwartz attorneys evaluated the Settlement, on behalf of the Class, and concluded that it was a fair and reasonable compromise of the FLSA claims given the inherent risk of the litigation in bringing this case to trial (as well as any possible subsequent appeals).  Clearly the goal of this litigation, to obtain a common fund for payment of wage and hour benefits, has been met.

6

24.     I can further attest to the level of effort, expertise, dedication and creativeness of both plaintiffs and defense counsel in making sure that the current settlement was fair, reasonable and adequate to both sides.  This included the evaluation of participation, review of time records to determine the percentage of workers with work weeks under 40 hours, and over 40 hours.

25.     Plaintiffs retained an expert to assist us in organizing the time and wage records.

26.     Had the above efforts not occurred, and the hurdles and obstacles overcome, the settlement would never have been reached.

27.     Both sides had multiple people assisting them, including clients and outside consultants.  Work was done in between the multiple settlement discussions – including Mediation – particularly on the issues of worker data sampling, production and analysis.

28.     Throughout the litigation, the parties maintained an arm's length distance during their work, engaged in an adversarial process and actively took steps to avoid even the appearance of collusion.

<u>**Fee Requests and Expense Reimbursement**</u>

29.     The settlement was negotiated to meet all the requirements of 216(b) of the FLSA for fairness and reasonableness, including a fair allocation of defendant's risk for attorney fees and expenses.

30.     Our firm undertook this action on a contingent-fee basis, assuming significant risk that the action would yield no recovery and leave them uncompensated.  From the onset of this action, Sommers Schwartz has not been compensated for any time or expenses incurred. This is true for the other lawyers involved.

31.     All firms have expended a tremendous amount of time and resources arguing the arbitration issue all the way to the Supreme Court.

32.     The lodestar for Plaintiff firms alone is **over $600,000**.  I have spoken to each firm and reviewed their work and time submissions to ensure the work was proper, and needed, to ensure the billing rates were reasonable and consistent with the experience levels of lawyers performing the work, and ensure no duplication of time.

33.     In preparing this declaration, I reviewed the contemporaneously maintained time records of all participating attorneys/paralegals from the Sommers Schwartz, confirming that the accuracy, utility, efficiencies and reasonableness of the amount of time spent by Counsel working on this litigation, and expenses incurred by those law firms.

34.     I typically charge $725 per hour for my legal services in FLSA and state wage law class action cases; our junior partners and associates typically charge between $250 to $485; and our paralegals charge between $90 to $150.  I am familiar with rates customarily charged in the legal market for FLSA and state wage law class action litigation.  The rates charged by my firm for my services and those of senior shareholders, junior shareholders, associates and paralegals are, on the whole, equal or lower than prevailing rates charged for equivalent services by attorneys of similar skill, experience, and reputation.  Therefore, I believe that we are reasonable in seeking lodestar rates.

35.     Likewise, I have spoken to co-counsel from Public Justice and the Pitt McGee firm as to their hours and rates, and find them to be in line with customary rates for the level of experience, and the hours and work to have been reasonable and necessary.

36.     The fee request represents but a fraction of the amount of time and effort expended in this case and was arrived at to provide the minimally reasonable compensation fund for the lawyers, while still providing ample funds for claims.

37.     I have spoken to all the law firms and they all support the settlement and fee request. We have reached an agreement on dividing the fee award.

38.     The information in Tab A attached is provided to specifically assist the Court in its effort to perform a loadstar cross check, determine whether the time records and billing entries are reasonable.  Since the case is not producing a multiplier, or even returning the full lodestar of Plaintiffs' counsel, a complete an extensive presentation has not been performed or provided to avoid spending any further unpaid time on this settlement.

39.     All Counsel undertook prosecution of this action without any assurances of payment for their services, litigating the case on a wholly contingent basis in the face of significant

8

risk. Class and collective wage and hour cases of this type are, by their very nature, complicated and time-consuming. Any lawyer undertaking representation of large numbers of affected employees in wage and hour actions inevitably must be prepared to make a tremendous investment of time, energy and resources. Due also to the contingent nature of the customary fee arrangement, lawyers are asked to be prepared to make this investment with the very real possibility of an unsuccessful outcome and no fee of any kind. Counsel stood to gain nothing in the event the case was unsuccessful.

40. To date, Counsel has worked without compensation of any kind, and the fee has been wholly contingent upon the result achieved.

41. In my opinion, and based on my experience in, and research of, other FLSA and state wage law class action settlements nationwide, the requested fee is entirely reasonable and appropriate, especially in light of the amount of work performed by Counsel in this case and the substantial recovery obtained on behalf of the FLSA collective.

**Reasonableness of Requested Named Plaintiff Class Representative Service Award**

42. The Parties' Settlement Agreement identifies Representative service award in the amount of $15,000 for the Named Plaintiff, who will also be executing a general employment release. The general release includes broader release language than that covering the other collective action opt in workers.

43. The Named Plaintiff worked diligently to assist Counsel in her activities during the pendency of this litigation. In particular, the Named Plaintiffs each took part in multiple interviews and meetings, and prepared for the all-day mediation session, and follow-up discussions on settlement values and terms.

44. The requested amount of $15,000 each for the Named Plaintiffs is commensurate with other service awards I have been involved in nationally and, as documented by research of other similar awards, especially since she executed a general release of claims, is reasonable under the circumstances.

9

**Reasonableness of Requested Litigation and Settlement Administration Expenses**

45.    Settlement administration services are being performed by professional services provider Simpluris, Inc.

46.    Simpluris, Inc., has worked hand-in-hand with Plaintiffs counsel on many cases and is a nationally recognized leader in class action settlement administration. The estimated cost of administering this settlement is $30,000.

47.    Based on my experience in cases with similar class sizes and settlement mechanisms, it is my belief and understanding that estimated settlement administration expenses of $30,000 in this case are completely reasonable and should be allowed by the Court.

48.    I have personally reviewed the records of litigation expenses incurred in this matter by Sommers Schwartz, P.C. According to those records, to date, Sommers Schwartz, P.C., has incurred litigation expenses in the amount of $7,044.94. (See Tab A).

49.    Pursuant to discussions with the other three firms, their combined costs are $13,733.74 and thus pursuant to the Parties' Settlement Agreement, Counsel is seeking reimbursement of reasonable and necessary litigation costs not to exceed $20,778.68.

50.    No firm requesting fees or and costs has yet received any reimbursement for any of the monies expended to cover the litigation expenses listed above, or for their time.

51.    All the expenses were reviewed by me and are reasonable, necessary, and customary for FLSA wage statute cases.  They were all incurred in the normal course of litigation, directly benefited the Class Members, and added to the overall success of this case.

**Final Approval**

52.    Finally, I have reviewed the motion papers with defense counsel and have received approval to file the motion for approval as unopposed. We concur in the recommendation that to grant approval and affirm that the settlement is of a bona fides FLSA dispute and is fair and reasonable in all respects.

I declare, under penalty of perjury, under the laws of the State of Michigan that the foregoing is true and correct.

Executed this 11th day of October, 2022 at St. Petersburg, Florida.

_____

Jason J. Thompson

# TAB A



**S2 Work in Process**

005360 - 000001

Morgan, Robyn - Sundance, Inc.

**Billing Timekeeper**
0356    Stoops, Kevin J.
**Originating Timekeeper(s):**
Stoops, Kevin J.

## FEES

| Date | Tkpr | Hours Worked | Hours to Bill | Rate | Amount | Narrative | Task Code | Activity Code |
|---|---|---|---|---|---|---|---|---|
| 08/24/2018 | 0383 | 2.00 | 2.00 | 375.00 | $750.00 | Presuit investigation of defendant and plaintiff's claims. | | |
| 08/28/2018 | 0383 | 3.00 | 3.00 | 375.00 | $1,125.00 | Prepare collective action complaint. | | |
| 08/28/2018 | 0383 | 0.10 | 0.10 | 375.00 | $37.50 | Email correspondence with co counsel re locating local counsel. | | |
| 08/29/2018 | 0383 | 0.40 | 0.40 | 375.00 | $150.00 | Edits to complaint. | | |
| 09/13/2018 | 0383 | 1.00 | 1.00 | 375.00 | $375.00 | Introductory phone call with local counsel, Paige Fielder.  Subsequent phone call with JJT, PF, and MF re case and local counsel agreement.  Email correspondence re same. | | |
| 09/13/2018 | 0383 | 0.50 | 0.50 | 375.00 | $187.50 | Prepare local counsel agreement. | | |
| 09/13/2018 | 0377 | 0.80 | 0.80 | 685.00 | $548.00 | discuss filing an dlocal counsle with MB and Crash; same witjh local counsel; research PH locations | | |
| 09/13/2018 | 0595 | 0.50 | 0.50 | 125.00 | $62.50 | Revise CAC to conform to local rules; email to R. Ash. | | |
| 09/24/2018 | 0383 | 0.50 | 0.50 | 375.00 | $187.50 | Legal research re Iowa state wage law. | | |
| 09/24/2018 | 0383 | 0.20 | 0.20 | 375.00 | $75.00 | Email correspondence re filing of complaint and venue with local counsel. | | |
| 09/25/2018 | 0383 | 0.20 | 0.20 | 375.00 | $75.00 | Review finalized complaint and approve for filing. | | |
| 10/02/2018 | 0584 | 0.10 | 0.10 | 150.00 | $15.00 | Review e-mails re final complaint for filing; e-mail CRA re same. | | |
| 10/17/2018 | 0187 | 0.10 | 0.10 | 315.00 | $31.50 | Email from co-counsel re Defendant's request to extend the deadline tom respond to the Complaint; email from JJT asking if the 216(b) mtn is ready; emailed JJT and CRASH asking them to let me know if they need me to draft the cert mtn. | | |
| 10/17/2018 | 0187 | 0.10 | 0.10 | 315.00 | $31.50 | Email from JJT requesting that I send our form tolling agreement to opposing counsel KD; forwarded the agreement to KD. | | |
| 10/17/2018 | 0187 | 0.10 | 0.10 | 315.00 | $31.50 | Exchanged emails w opposing counsel KD re proposed tolling agreement and finalizing the same and sending back for his signature. | | |
| 10/18/2018 | 0187 | 0.40 | 0.40 | 315.00 | $126.00 | Email from opposing counsel KD w attached drafts of Tolling Agreement and Motion for an Extension of Time to Answer; reviewed and edited the same and emailed proposed edits to KD; spoke w and emailed WEV re executing the tolling agrement and sending the same to KD. | | |



**S2 Work in Process**

005360 - 000001

Morgan, Robyn - Sundance, Inc.

**Billing Timekeeper**
0356    Stoops, Kevin J.
**Originating Timekeeper(s):**
Stoops, Kevin J.

## FEES

| Date | Tkpr | Hours Worked | Hours to Bill | Rate | Amount | Narrative | Task Code | Activity Code |
|------|------|--------------|---------------|------|--------|-----------|-----------|---------------|
| 10/23/2018 | 0377 | 1.30 | 1.30 | 685.00 | $890.50 | discuss case strategy wth MB | | |
| 11/01/2018 | 0377 | 0.70 | 0.70 | 685.00 | $479.50 | discuss case status with Megan Bonani and her mediation ideas | | |
| 11/02/2018 | 0377 | 1.50 | 1.50 | 685.00 | $1,027.50 | discuss mediation issues with MB | | |
| 11/15/2018 | 0383 | 2.00 | 2.00 | 375.00 | $750.00 | Receive and review Defendant's motion to dismiss. | | |
| 11/16/2018 | 0383 | 5.00 | 5.00 | 375.00 | $1,875.00 | Legal research and writing. Begin drafting Motion to Dismiss Response Brief. | | |
| 11/19/2018 | 0383 | 9.00 | 9.00 | 375.00 | $3,375.00 | Continue work on response to Motion to Dismiss. | | |
| 11/20/2018 | 0383 | 8.00 | 8.00 | 375.00 | $3,000.00 | Legal research and writing.  Continue working on MTD Response. | | |
| 11/26/2018 | 0377 | 0.20 | 0.20 | 685.00 | $137.00 | Discuss mediation with MB | | |
| 11/27/2018 | 0584 | 0.80 | 0.80 | 150.00 | $120.00 | Draft Motions for PHV for JJT and CRA, prepare CMECF Registration forms for JJT and CRA. | | |
| 11/27/2018 | 0584 | 0.20 | 0.20 | 150.00 | $30.00 | Finalize letter to client, forward to JJT and CRA for review; e-mail letter, copy of Complaint and Co-Counsel agreement to client. | | |
| 11/28/2018 | 0584 | 0.40 | 0.40 | 150.00 | $60.00 | Finalize CM/ECF Registrations for CRA and JJT, forward to SD Iowa for processing. | | |
| 11/28/2018 | 0377 | 1.00 | 1.00 | 685.00 | $685.00 | strategy calls with MB; RA; and client letter and calls | | |
| 12/03/2018 | 0584 | 0.60 | 0.60 | 150.00 | $90.00 | Discussion with CRA re CTJ; draft Consent to Join and forward to CRA for review; send to client through RightSignature to client. | | |
| 12/03/2018 | 0383 | 0.20 | 0.20 | 375.00 | $75.00 | Review and edit CTJ form. | | |
| 12/04/2018 | 0383 | 0.30 | 0.30 | 375.00 | $112.50 | Phone call with JJT re case status. | | |
| 12/04/2018 | 0584 | 0.10 | 0.10 | 150.00 | $15.00 | E-mail from/to client re signed CTJ. | | |
| 12/04/2018 | 0377 | 0.70 | 0.70 | 685.00 | $479.50 | t/c with defs attorney about case and mediation | | |
| 12/04/2018 | 0377 | 0.30 | 0.30 | 685.00 | $205.50 | group call with MB et al on mediation | | |
| 12/04/2018 | 0377 | 0.40 | 0.40 | 685.00 | $274.00 | email to attorneys on mediaiton concepts | | |
| 12/05/2018 | 0377 | 0.60 | 0.60 | 685.00 | $411.00 | Prepare email to attorneys on mediation proposal. | | |
| 12/05/2018 | 0584 | 0.60 | 0.60 | 150.00 | $90.00 | E-mail from/to CRA and JJT re PHV applications, finalize Motions for PHV | | |



**S2 Work in Process**

005360 - 000001

Morgan, Robyn - Sundance, Inc.

**Billing Timekeeper**
0356    Stoops, Kevin J.
**Originating Timekeeper(s):**
Stoops, Kevin J.

## FEES

| Date | Tkpr | Hours Worked | Hours to Bill | Rate | Amount | Narrative | Task Code | Activity Code |
|------|------|------|------|------|------|-----------|------|------|
| | | | | | | for CRA and JJT and e-file with Court. | | |
| 12/05/2018 | 0383 | 0.20 | 0.20 | 375.00 | $75.00 | Confer with DAN re PHV motions. | | |
| 12/17/2018 | 0383 | 0.20 | 0.20 | 375.00 | $75.00 | Review email from Defense counsel outling proposal for mediation. | | |
| 12/17/2018 | 0383 | 0.10 | 0.10 | 375.00 | $37.50 | Confer with JJT re mediation proposal. | | |
| 12/17/2018 | 0377 | 0.60 | 0.60 | 685.00 | $411.00 | read defs counsels mediation prrposal; reply; discuss with group | | |
| 12/18/2018 | 0377 | 1.00 | 1.00 | 685.00 | $685.00 | discuss strategy with other pls lawyers; call defnese counsle | | |
| 12/27/2018 | 0383 | 3.00 | 3.00 | 375.00 | $1,125.00 | Legal research and writing. Begin drafting 216b motion for conditional certification. | | |
| 01/08/2019 | 0377 | 0.60 | 0.60 | 685.00 | $411.00 | update client on mediation efforts | | |
| 01/10/2019 | 0377 | 0.60 | 0.60 | 685.00 | $411.00 | discuss mediation with def; pull and send cases on reversion | | |
| 01/28/2019 | 0377 | 0.30 | 0.30 | 685.00 | $205.50 | discuss mediation details with group | | |
| 02/07/2019 | 0595 | 0.20 | 0.20 | 125.00 | $25.00 | Telephone conference with client re her travels to/from mediation, gathered personal information for her flight. | | |
| 02/26/2019 | 0383 | 2.50 | 2.50 | 375.00 | $937.50 | Review payroll data. Attend meeting with JJT. | | |
| 02/26/2019 | 0377 | 3.00 | 3.00 | 685.00 | $2,055.00 | mediationa nd file prep meeting with Flanagahn lawyers | | |
| 03/04/2019 | 0377 | 0.40 | 0.40 | 685.00 | $274.00 | discuss payroll documents and todays call with group | | |
| 03/05/2019 | 0383 | 0.50 | 0.50 | 375.00 | $187.50 | Review Order denying Motion to Dismiss. | | |
| 03/05/2019 | 0383 | 0.10 | 0.10 | 375.00 | $37.50 | Phone call with JJT re motion to dismiss. | | |
| 03/06/2019 | 0383 | 6.50 | 6.50 | 375.00 | $2,437.50 | Review ESI production by Defendant in Wood Action. | | |
| 03/06/2019 | 0377 | 0.70 | 0.70 | 685.00 | $479.50 | review emails; work on draft MS | | |
| 03/06/2019 | 0584 | 1.50 | 1.50 | 150.00 | $225.00 | Review of Order denying defendant's MTD. Discussion with CRA re documents uploaded to Dropbox folder. Begin downloading ESI files from Dropbox. | | |
| 03/07/2019 | 0584 | 2.00 | 2.00 | 150.00 | $300.00 | Meet with CRA re review of ESI. Begin review of Def's ESI docs. | | |
| 03/07/2019 | 0383 | 2.00 | 2.00 | 375.00 | $750.00 | Legal Research and Writing. Begin drafting mediation statement. | | |



**S2 Work in Process**

005360 - 000001

Morgan, Robyn - Sundance, Inc.

**Billing Timekeeper**
0356    Stoops, Kevin J.
**Originating Timekeeper(s):**
Stoops, Kevin J.

## FEES

| Date | Tkpr | Hours Worked | Hours to Bill | Rate | Amount | Narrative | Task Code | Activity Code |
|------|------|-------------|--------------|------|--------|-----------|-----------|---------------|
| 03/07/2019 | 0383 | 5.00 | 5.00 | 375.00 | $1,875.00 | Continue document review of ESI produced by Defendant (Bates #2500-6000). | | |
| 03/08/2019 | 0383 | 3.00 | 3.00 | 375.00 | $1,125.00 | Legal research and writing.  Continue working on mediation statement. | | |
| 03/08/2019 | 0383 | 2.30 | 2.30 | 375.00 | $862.50 | Continue reviewing ESI (Bates #6000-6292). | | |
| 03/08/2019 | 0584 | 3.50 | 3.50 | 150.00 | $525.00 | Continued review of Def's ESI docs. Discussion with CRA re same. | | |
| 03/11/2019 | 0584 | 2.90 | 2.90 | 150.00 | $435.00 | Complete review of Def's ESI docs. Discussion with CRA re hot docs. Download hot docs from Dropbox ESI folder. | | |
| 03/11/2019 | 0377 | 0.80 | 0.80 | 685.00 | $548.00 | review emails about missing documents for mediation | | |
| 03/11/2019 | 0383 | 5.30 | 5.30 | 375.00 | $1,987.50 | Work on creating a damage model.  Correspondence with co-counsel re different methods. Create excel spreadsheet.  Organize conference call to review on 3/12. | | |
| 03/12/2019 | 0383 | 0.40 | 0.40 | 375.00 | $150.00 | Phone conference with Wood Plaintiff's Counsel re data needed for mediation. | | |
| 03/13/2019 | 0383 | 0.50 | 0.50 | 375.00 | $187.50 | Phone conference with Defense Counsel, Mediator, and Wood Plaintiff's Counsel. | | |
| 03/21/2019 | 0187 | 0.10 | 0.10 | 315.00 | $31.50 | Email from JJT requesting that I call defense counsel and get them to join us in requesting the 4/12 date for the scheduling conference get kicked back 30 days to allow the 4/15 mediation; exchanged emails w CRASH re the same. | | |
| 03/25/2019 | 0383 | 0.20 | 0.20 | 375.00 | $75.00 | Email correspondence with defense counsel re scheduling conference.  Call court clerk.  Circulate email with update re same. | | |
| 03/25/2019 | 0383 | 2.30 | 2.30 | 375.00 | $862.50 | Begin reading deposition transcripts. | | |
| 03/25/2019 | 0377 | 0.30 | 0.30 | 685.00 | $205.50 | read court email and discuss CMC with group | | |
| 03/28/2019 | 0377 | 0.40 | 0.40 | 685.00 | $274.00 | discuss mediation with MB; travel arraingments | | |
| 03/29/2019 | 0377 | 1.00 | 1.00 | 685.00 | $685.00 | review records from defense; discuss with MB and RA | | |
| 03/29/2019 | 0356 | 0.50 | 0.50 | 580.00 | $290.00 | Review Defendant's data production. Conf. with RA. | | |
| 03/29/2019 | 0383 | 1.50 | 1.50 | 375.00 | $562.50 | Review mediation data sent by Defense Counsel. | | |
| 03/29/2019 | 0595 | 1.00 | 1.00 | 125.00 | $125.00 | Research flights/hotels for client, Robyn Morgan's attendance at mediation and | | |



**S2 Work in Process**

005360 - 000001

Morgan, Robyn - Sundance, Inc.

**Billing Timekeeper**
0356    Stoops, Kevin J.
**Originating Timekeeper(s):**
Stoops, Kevin J.

## FEES

| Date | Tkpr | Hours Worked | Hours to Bill | Rate | Amount | Narrative | Task Code | Activity Code |
|------|------|-------------|---------------|------|--------|-----------|-----------|---------------|
| | | | | | | reserved same; telephone conference with Robyn Morgan; Emailed travel documents to client. | | |
| 04/01/2019 | 0383 | 0.50 | 0.50 | 375.00 | $187.50 | Conference call with cocounsel regarding data for mediation. | | |
| 04/01/2019 | 0383 | 3.50 | 3.50 | 375.00 | $1,312.50 | Study damage data in preparation of call with Damage expert. | | |
| 04/01/2019 | 0383 | 0.70 | 0.70 | 375.00 | $262.50 | Conference call with Defense Counsel and Plaintiff's Counsel in Wood. | | |
| 04/01/2019 | 0356 | 0.40 | 0.40 | 580.00 | $232.00 | Telephone call with co-counsel. | | |
| 04/01/2019 | 0356 | 0.50 | 0.50 | 580.00 | $290.00 | Telephone call with opposing counsel. | | |
| 04/01/2019 | 0377 | 1.40 | 1.40 | 685.00 | $959.00 | review data; t/c with co-counsel; t/c with defense counsel on data | | |
| 04/02/2019 | 0383 | 4.30 | 4.30 | 375.00 | $1,612.50 | Legal research (re state law claims) and writing. Continue work on mediation statement. | | |
| 04/02/2019 | 0383 | 0.70 | 0.70 | 375.00 | $262.50 | Phone call with damages expert. | | |
| 04/03/2019 | 0383 | 7.00 | 7.00 | 375.00 | $2,625.00 | Legal research and writing. Continue researching and briefing state laws in IA, IL, OH, and WI. Continue writing mediation statement. | | |
| 04/03/2019 | 0377 | 4.00 | 4.00 | 685.00 | $2,740.00 | review file material in prperation fro mediation | | |
| 04/03/2019 | 0584 | 0.10 | 0.10 | 150.00 | $15.00 | Office conference with CRA re JJT request for link to docs. | | |
| 04/04/2019 | 0383 | 4.20 | 4.20 | 375.00 | $1,575.00 | Legal research and writing. Continue work on mediation statement. Research and brief class and collective certification. Read cases on certification from 7th and 8th Circuit. | | |
| 04/08/2019 | 0383 | 8.50 | 8.50 | 375.00 | $3,187.50 | Continue work on mediation statement. Read PL dep transcripts. Review expert's damage spreadsheets. Phone call with expert (D.M.). Email correspondence with PL Counsel from Wood Action. Skim mediation statement sent by DF. | | |
| 04/09/2019 | 0383 | 3.00 | 3.00 | 375.00 | $1,125.00 | Write damages section of mediation statement. Phone conference with M. Bonanni. Confer with DAN re exhibits. | | |
| 04/09/2019 | 0383 | 0.80 | 0.80 | 375.00 | $300.00 | Make additional edits to mediation statement and finalize before circulating. Email correspondence with JJT re same. Confer with WEV and DAN re various components of statement and exhibits. | | |



**S2 Work in Process**

005360 - 000001

Morgan, Robyn - Sundance, Inc.

**Billing Timekeeper**
0356    Stoops, Kevin J.
**Originating Timekeeper(s):**
Stoops, Kevin J.

## FEES

| Date | Tkpr | Hours Worked | Hours to Bill | Rate | Amount | Narrative | Task Code | Activity Code |
|---|---|---|---|---|---|---|---|---|
| 04/09/2019 | 0584 | 2.30 | 2.30 | 150.00 | $345.00 | Office conference with CRA re assembling exhibits for mediation statement. Organize exhibits, proofread, edit mediation statement. | | |
| 04/09/2019 | 0377 | 0.50 | 0.50 | 685.00 | $342.50 | discuss summary with CRASH | | |
| 04/09/2019 | 0377 | 0.30 | 0.30 | 685.00 | $205.50 | discuss travel with WV | | |
| 04/09/2019 | 0377 | 6.20 | 6.20 | 685.00 | $4,247.00 | work on damages data and mediation summary | | |
| 04/10/2019 | 0356 | 0.10 | 0.10 | 580.00 | $58.00 | Conf. with JT. | | |
| 04/11/2019 | 0377 | 0.60 | 0.60 | 685.00 | $411.00 | discuss mediation issues with co-counsel; pullemails with defense on rule 23 class issues | | |
| 04/12/2019 | 0377 | 4.00 | 4.00 | 685.00 | $2,740.00 | return travel form mediation; disucss Woods settlment with MB | | |
| 04/12/2019 | 0595 | 0.20 | 0.20 | 125.00 | $25.00 | Email and t/c to Robyn Morgan re mediation and mediation location; discuss travel arrangements. | | |
| 04/14/2019 | 0377 | 12.00 | 12.00 | 685.00 | $8,220.00 | travel to Chicago - storms | | |
| 04/15/2019 | 0377 | 8.00 | 8.00 | 685.00 | $5,480.00 | mediation | | |
| 04/15/2019 | 0377 | 5.00 | 5.00 | 685.00 | $3,425.00 | travel back from mediation | | |
| 04/16/2019 | 0377 | 0.50 | 0.50 | 685.00 | $342.50 | explain progress to client | | |
| 04/16/2019 | 0377 | 0.70 | 0.70 | 685.00 | $479.50 | discuss settlment ideas with JR; review scheudling order | | |
| 04/23/2019 | 0377 | 0.30 | 0.30 | 685.00 | $205.50 | review status mediation call | | |
| 04/24/2019 | 0383 | 0.50 | 0.50 | 375.00 | $187.50 | Prepare for and conduct Rule 26 conference call with Defense Counsel. | | |
| 04/24/2019 | 0383 | 0.10 | 0.10 | 375.00 | $37.50 | Phone call with JJT re Rule 26 call. | | |
| 04/24/2019 | 0383 | 0.10 | 0.10 | 375.00 | $37.50 | Proof and edit email for JJT to Defense Counsel re decision to litigate. | | |
| 04/25/2019 | 0383 | 0.50 | 0.50 | 375.00 | $187.50 | File review and begin discovery plan. | | |
| 04/25/2019 | 0383 | 0.10 | 0.10 | 375.00 | $37.50 | Confer with JJT re status of Morgan. | | |
| 04/25/2019 | 0383 | 0.30 | 0.30 | 375.00 | $112.50 | Conference call with Defense Counsel and Court regarding adjournment of Discovery Report and Conference. | | |
| 05/01/2019 | 0383 | 0.10 | 0.10 | 375.00 | $37.50 | Conference call with Defendant. Informed of arbitration agreement. | | |



**S2 Work in Process**

005360 - 000001

Morgan, Robyn - Sundance, Inc.

**Billing Timekeeper**
0356    Stoops, Kevin J.
**Originating Timekeeper(s):**
Stoops, Kevin J.

---

## FEES

| Date | Tkpr | Hours Worked | Hours to Bill | Rate | Amount | Narrative | Task Code | Activity Code |
|---|---|---|---|---|---|---|---|---|
| 05/01/2019 | 0383 | 0.10 | 0.10 | 375.00 | $37.50 | Confer with JJT re arbitration. | | |
| 05/01/2019 | 0383 | 0.20 | 0.20 | 375.00 | $75.00 | Confer with RMJ re arbitration issue. | | |
| 05/01/2019 | 0383 | 0.10 | 0.10 | 375.00 | $37.50 | Email correspondence with local counsel. | | |
| 05/01/2019 | 0383 | 0.50 | 0.50 | 375.00 | $187.50 | Phone call with defense counsel to review payroll spreadsheet. | | |
| 05/01/2019 | 0383 | 4.00 | 4.00 | 375.00 | $1,500.00 | Legal research and writing. Continue work on mediation statement. | | |
| 05/01/2019 | 0377 | 0.20 | 0.20 | 685.00 | $137.00 | disucss court filing an dorder with local | | |
| 05/01/2019 | 0377 | 0.50 | 0.50 | 685.00 | $342.50 | discuss pathway forward with defense counsle | | |
| 05/02/2019 | 0584 | 0.10 | 0.10 | 150.00 | $15.00 | E-mail reminder to CRA re proposed order and discovery plan; telephone call with CRA re defendant's plan to file mtn to compel arb. | | |
| 05/03/2019 | 0377 | 0.20 | 0.20 | 685.00 | $137.00 | review emails on status conference and arb motion | | |
| 05/03/2019 | 0377 | 0.90 | 0.90 | 685.00 | $616.50 | review motion to compel arbiration | | |
| 05/03/2019 | 0383 | 0.70 | 0.70 | 375.00 | $262.50 | Review Defendant's Motion to Compel Arbitration. | | |
| 05/03/2019 | 0383 | 0.20 | 0.20 | 375.00 | $75.00 | Conference call with DF and Court re Arb motion. | | |
| 05/07/2019 | 0383 | 3.00 | 3.00 | 375.00 | $1,125.00 | Legal research and writing. Begin drafting Response to Mtn to Compel Arb. | | |
| 05/08/2019 | 0187 | 0.30 | 0.30 | 315.00 | $94.50 | Met w KJS and CRASH to discuss Defs' mtn to compel arbitration; reviewed Defs' arbitration agreement; discussed strategies for responding to the mtn. | | |
| 05/08/2019 | 0356 | 0.20 | 0.20 | 580.00 | $116.00 | Conf. with RA concerning arbitration motion. | | |
| 05/10/2019 | 0383 | 7.50 | 7.50 | 375.00 | $2,812.50 | Legal research and writing. Continue drafting Response in Opposition of DF Motion to Compel Arb. | | |
| 05/11/2019 | 0383 | 4.80 | 4.80 | 375.00 | $1,800.00 | Legal research and writing. Continue drafting Resp to Arb motion. | | |
| 05/13/2019 | 0377 | 0.20 | 0.20 | 685.00 | $137.00 | discuss arbitration law with crash for motion | | |
| 05/15/2019 | 0377 | 1.50 | 1.50 | 685.00 | $1,027.50 | review draft response to motion to compel arbitration | | |
| 05/15/2019 | 0377 | 0.80 | 0.80 | 685.00 | $548.00 | review draft response to arb motion; discuss with RA | | |
| 05/16/2019 | 0584 | 0.60 | 0.60 | 150.00 | $90.00 | Email from CRA re new lead; prepare Retainer, RRCR, CTJ in | | |



**S2 Work in Process**

005360 - 000001

Morgan, Robyn - Sundance, Inc.

**Billing Timekeeper**
0356    Stoops, Kevin J.
**Originating Timekeeper(s):**
Stoops, Kevin J.

## FEES

| Date | Tkpr | Hours Worked | Hours to Bill | Rate | Amount | Narrative | Task Code | Activity Code |
|---|---|---|---|---|---|---|---|---|
| | | | | | | RightSignature, forward link to M. Montgomery. Lengthy telephone call with M. Montgomery - he is unable to open the link and requests that I email a PDF for him to print and sign - he will fax back to me; send documents by email. Telephone call with M. Montgomery - he figured out link and sent signed documents - he will have wife and son also sign and send. | | |
| 05/17/2019 | 0377 | 1.30 | 1.30 | 685.00 | $890.50 | discuss response arguements with RA | | |
| 05/17/2019 | 0377 | 0.50 | 0.50 | 685.00 | $342.50 | discuss filingh options with local counsel | | |
| 05/17/2019 | 0377 | 1.50 | 1.50 | 685.00 | $1,027.50 | researcha nd discuss case law on waiver and class actions | | |
| 05/17/2019 | 0377 | 1.30 | 1.30 | 685.00 | $890.50 | review and edit breif in response to arb motion | | |
| 05/17/2019 | 0356 | 0.30 | 0.30 | 580.00 | $174.00 | Strategy conference with JT and RA. | | |
| 06/25/2019 | 0584 | 0.10 | 0.10 | 150.00 | $15.00 | Review of file re upcoming deadlines. | | |
| 06/28/2019 | 0383 | 1.00 | 1.00 | 375.00 | $375.00 | Read opinion denying Defendant's motion to compel arbitration. | | |
| 06/28/2019 | 0383 | 0.10 | 0.10 | 375.00 | $37.50 | Email correspondence with co counsel re arbitration opinion. | | |
| 07/03/2019 | 0383 | 0.80 | 0.80 | 375.00 | $300.00 | Prepare proposed scheduling order and discovery plan. | | |
| 07/03/2019 | 0383 | 0.20 | 0.20 | 375.00 | $75.00 | Email correspondence with DF counsel, DAN, and JJT re proposed scheduling order and discovery plan. | | |
| 07/03/2019 | 0584 | 0.20 | 0.20 | 150.00 | $30.00 | Email CRA re proposed scheduling order; email local counsel and JJT re same. | | |
| 07/04/2019 | 0584 | 0.30 | 0.30 | 150.00 | $45.00 | Receipt and review of emails from opposing counsel and CRA; finalize and format proposed Scheduling Order and Discovery Plan; efile with court. | | |
| 07/04/2019 | 0383 | 0.30 | 0.30 | 375.00 | $112.50 | Review defendants revisions to proposed scheduling order and discovery plan. Make PL revisions to same. | | |
| 07/08/2019 | 0383 | 0.10 | 0.10 | 375.00 | $37.50 | Email correspondence with DAN re filing of proposed scheduling order and discovery plan. | | |
| 07/08/2019 | 0383 | 0.30 | 0.30 | 375.00 | $112.50 | Phone call with JJT re status of case. | | |
| 07/10/2019 | 0383 | 0.10 | 0.10 | 375.00 | $37.50 | Review Defendant's appearance and corporate disclosure for 8th Cir. | | |
| 07/16/2019 | 0383 | 0.30 | 0.30 | 375.00 | $112.50 | Read and respond to several emails from Defense Counsel regarding appeal. | | |



**S2 Work in Process**

005360 - 000001

Morgan, Robyn  -  Sundance, Inc.

**Billing Timekeeper**
0356    Stoops, Kevin J.
**Originating Timekeeper(s):**
Stoops, Kevin J.

## FEES

| Date | Tkpr | Hours Worked | Hours to Bill | Rate | Amount | Narrative | Task Code | Activity Code |
|------|------|-------------|---------------|------|--------|-----------|-----------|---------------|
| 07/16/2019 | 0383 | 0.30 | 0.30 | 375.00 | $112.50 | Phone call with new co counsel, Beth Rivers. | | |
| 07/31/2019 | 0584 | 0.20 | 0.20 | 150.00 | $30.00 | Review email from PRC and CRA re CTJ for new client; prepare Consent to Join document in Rightsignature and email link to Ms. Johnson. | | |
| 08/08/2019 | 0595 | 0.20 | 0.20 | 125.00 | $25.00 | Emails from/to CXA; prepared Consent to Join through RightSignature; email to Jacqueline Johnson for signature. | | |
| 08/21/2019 | 0383 | 0.50 | 0.50 | 375.00 | $187.50 | Review of appellate file. Email correspondence with cocounsel re same. | | |
| 09/06/2019 | 0584 | 0.10 | 0.10 | 150.00 | $15.00 | Follow up with potential opt-in re consent to join. | | |
| 09/10/2019 | 0584 | 0.50 | 0.50 | 150.00 | $75.00 | Telephone call from Jaqueline Johnson re consent to join. Receipt and review of signed CTJ; format; draft notice of filing and efile with court. | | |
| 10/24/2019 | 0383 | 0.50 | 0.50 | 375.00 | $187.50 | Review new Nelson v Uber opinion out of CA regarding arbitration waiver. | | |
| 08/24/2020 | 0377 | 0.30 | 0.30 | 685.00 | $205.50 | discuss COA details with Crash; same with WV | | |
| 09/14/2020 | 0383 | 0.70 | 0.70 | 450.00 | $315.00 | Review instructions for oral argument software. | | |
| 09/14/2020 | 0383 | 0.50 | 0.50 | 450.00 | $225.00 | Test conference call/meeting with 8th Cir.  Receive instructions re oral argument from deputy. | | |
| 09/16/2020 | 0595 | 1.00 | 1.00 | 125.00 | $125.00 | Prepare binder for R. Ash for preparation of 6th Cir. COA hearing. | | |
| 09/17/2020 | 0383 | 5.00 | 5.00 | 450.00 | $2,250.00 | Prepare for 8th circuit argument. Read briefs and cases. | | |
| 09/20/2020 | 0383 | 5.00 | 5.00 | 450.00 | $2,250.00 | Prepare for 8th Cir. Hearing. | | |
| 09/23/2020 | 0377 | 4.00 | 4.00 | 685.00 | $2,740.00 | COA hearing a d follow up discussion with Crash | | |
| 09/24/2020 | 0383 | 9.00 | 9.00 | 450.00 | $4,050.00 | Prepare for 8th Cir. Oral Argument. | | |
| 09/24/2020 | 0383 | 12.00 | 12.00 | 450.00 | $5,400.00 | Prepare for oral argument at the 8th Circuit. | | |
| 09/24/2020 | 0383 | 8.00 | 8.00 | 450.00 | $3,600.00 | Prepare for, attend and argue appeal at the 8th Cir. | | |
| 03/30/2021 | 0383 | 0.80 | 0.80 | 450.00 | $360.00 | Review 8th Cir. opinion. Email correspondence with cocounsel re same. | | |
| 03/30/2021 | 0383 | 0.50 | 0.50 | 450.00 | $225.00 | Review rules re en banc request. | | |
| 03/30/2021 | 0383 | 1.20 | 1.20 | 450.00 | $540.00 | File review. Extensive phone call with client to discuss settlement demand. Phone call to DEF attorney. | | |



**S2 Work in Process**

005360 - 000001

Morgan, Robyn - Sundance, Inc.

**Billing Timekeeper**
0356    Stoops, Kevin J.
**Originating Timekeeper(s):**
Stoops, Kevin J.

# FEES

| Date | Tkpr | Hours Worked | Hours to Bill | Rate | Amount | Narrative | Task Code | Activity Code |
|---|---|---|---|---|---|---|---|---|
| 03/30/2021 | 0406 | 0.50 | 0.50 | 475.00 | $237.50 | Call with CRAsh re appeal v. en banc review | | |
| 03/31/2021 | 0406 | 1.30 | 1.30 | 475.00 | $617.50 | Reviewing Opinion and Call with W&C re cocounsel agreement | | |
| 03/31/2021 | 0406 | 0.30 | 0.30 | 475.00 | $142.50 | Call with CRASH re W&C and other appellate counsel contacts | | |
| 04/01/2021 | 0406 | 0.20 | 0.20 | 475.00 | $95.00 | Email regarding Appellate counsel (WC had a conflict) | | |
| 04/01/2021 | 0383 | 0.40 | 0.40 | 450.00 | $180.00 | Email correspondence with Paul Bland and his team. Phone call from Lisa Blatt regarding conflict. | | |
| 04/01/2021 | 0377 | 1.50 | 1.50 | 685.00 | $1,027.50 | discuss SCOTUS petition | | |
| 04/02/2021 | 0383 | 0.40 | 0.40 | 450.00 | $180.00 | Phone call with Tom Goldstein re USSC appeal. | | |
| 04/06/2021 | 0383 | 2.80 | 2.80 | 450.00 | $1,260.00 | Review appeal briefing and opinion from 8th Cir. in advance of conference call with Public Justice. Participate in conference call. Subsequent email correspondence with Stuart Banner from UCLA regarding their involvement in the appeal. Phone call with Tommy Goldstien to discuss his possible involvement and in particular his fees. | | |
| 04/06/2021 | 0406 | 0.70 | 0.70 | 475.00 | $332.50 | Call with CRAsh regarding Appellate counsel and call with potential appellate counsel | | |
| 04/06/2021 | 0377 | 1.00 | 1.00 | 685.00 | $685.00 | discuss and analyize writ to SCOTUS and lawyers | | |
| 04/06/2021 | 0377 | 1.00 | 1.00 | 685.00 | $685.00 | t/c with PJ on appeal | | |
| 04/07/2021 | 0406 | 0.20 | 0.20 | 475.00 | $95.00 | Email regardin en blanc review | | |
| 04/13/2021 | 0377 | 0.50 | 0.50 | 685.00 | $342.50 | review and discuss PJ proposal | | |
| 04/21/2021 | 0383 | 0.20 | 0.20 | 450.00 | $90.00 | Phone call and email to Paul Bland. | | |
| 04/27/2021 | 0383 | 0.30 | 0.30 | 450.00 | $135.00 | Compose email to DEF with Response to settlement offer. Check WIP. Attempt to contact client by phone and text. | | |
| 04/27/2021 | 0377 | 0.30 | 0.30 | 685.00 | $205.50 | review JPA and related emails | | |
| 06/18/2021 | 0584 | 1.30 | 1.30 | 175.00 | $227.50 | Initial draft of arbitration demand. | | |
| 06/18/2021 | 0584 | 0.20 | 0.20 | 175.00 | $35.00 | Review of file material to determine arbitration location. | | |
| 06/18/2021 | 0584 | 0.10 | 0.10 | 175.00 | $17.50 | Email exchange with CRA re arb demands. | | |



**S2 Work in Process**

005360 - 000001

Morgan, Robyn - Sundance, Inc.

**Billing Timekeeper**
0356    Stoops, Kevin J.
**Originating Timekeeper(s):**
Stoops, Kevin J.

## FEES

| Date | Tkpr | Hours Worked | Hours to Bill | Rate | Amount | Narrative | Task Code | Activity Code |
|------|------|------|------|------|------|------|------|------|
| 06/21/2021 | 0584 | 0.20 | 0.20 | 175.00 | $35.00 | Review of AAA Rules re location of arbitration. | | |
| 06/21/2021 | 0584 | 0.20 | 0.20 | 175.00 | $35.00 | Finalize draft of demand for arbitration. | | |
| 06/22/2021 | 0584 | 0.20 | 0.20 | 175.00 | $35.00 | Initial draft of Arbitration Demand for Mike Montgomery. | | |
| 06/22/2021 | 0584 | 0.30 | 0.30 | 175.00 | $52.50 | Review e-filings for language in MTD regarding opt-in arbitration agreements. | | |
| 06/22/2021 | 0584 | 0.10 | 0.10 | 175.00 | $17.50 | Email exchange with CRA re arbitration agreements for opt-ins. | | |
| 06/22/2021 | 0584 | 0.30 | 0.30 | 175.00 | $52.50 | Review of file for documents necessary for arbitration demands. | | |
| 06/22/2021 | 0584 | 0.50 | 0.50 | 175.00 | $87.50 | Communications with opt-ins re information needed for arbitration demands. | | |
| 06/22/2021 | 0584 | 0.20 | 0.20 | 175.00 | $35.00 | Review of file to determine opt-ins; email CRA re same. | | |
| 06/23/2021 | 0584 | 0.10 | 0.10 | 175.00 | $17.50 | Follow-up communications to Mike Montgomery re employment information. | | |
| 06/23/2021 | 0584 | 0.30 | 0.30 | 175.00 | $52.50 | Initial draft of JaQueline Johnson Arbitration Demand; edits to demand. | | |
| 06/23/2021 | 0584 | 0.20 | 0.20 | 175.00 | $35.00 | Initial draft of Danice Montgomery Arbitration Demand. | | |
| 06/23/2021 | 0584 | 0.20 | 0.20 | 175.00 | $35.00 | Initial draft of Tyler Montgomery Arbitration Demand. | | |
| 06/23/2021 | 0584 | 0.10 | 0.10 | 175.00 | $17.50 | Email CRA re how to proceed with arbitrations. | | |
| 06/24/2021 | 0584 | 0.60 | 0.60 | 175.00 | $105.00 | Prepare AAA demand for arbitration form; finalize demand; email to CRA/JJT for review. | | |
| 06/24/2021 | 0584 | 0.20 | 0.20 | 175.00 | $35.00 | Format and e-file Demand for Arbitration for Robyn Morgan. | | |
| 06/24/2021 | 0584 | 0.30 | 0.30 | 175.00 | $52.50 | Attempts to locate contact information for Montgomery opt-ins (the only email address has been disabled). | | |
| 06/28/2021 | 0584 | 0.10 | 0.10 | 175.00 | $17.50 | Email exchange with JaQueline Johnson re employment with Sundance. | | |
| 06/28/2021 | 0584 | 0.20 | 0.20 | 175.00 | $35.00 | Locate Mike Montgomery on Facebook; send message through Messenger asking him to contact me as soon as possible. | | |
| 06/28/2021 | 0584 | 0.10 | 0.10 | 175.00 | $17.50 | Email exchange with CRA re Johnson demand for arbitration. | | |
| 06/28/2021 | 0584 | 0.20 | 0.20 | 175.00 | $35.00 | Finalize JaQueline Johnson demand for arbitration. | | |
| 06/29/2021 | 0584 | 0.30 | 0.30 | 175.00 | $52.50 | File JaQueline Johnson demand for arbitration; serve on Sundance by mail. | | |



**S2 Work in Process**

005360 - 000001

Morgan, Robyn - Sundance, Inc.

**Billing Timekeeper**
0356    Stoops, Kevin J.
**Originating Timekeeper(s):**
Stoops, Kevin J.

# FEES

| Date | Tkpr | Hours Worked | Hours to Bill | Rate | Amount | Narrative | Task Code | Activity Code |
|------|------|-------------|---------------|------|--------|-----------|-----------|---------------|
| 06/29/2021 | 0584 | 0.20 | 0.20 | 175.00 | $35.00 | Finalize JaQueline Johnson arbitration demand. | | |
| 06/30/2021 | 0584 | 0.20 | 0.20 | 175.00 | $35.00 | Locate Danice Montgomery on Facebook; send message through Messenger asking her to contact me as soon as possible. | | |
| 07/07/2021 | 0383 | 0.20 | 0.20 | 475.00 | $95.00 | Email correspondence re arb agreements. | | |
| 07/12/2021 | 0584 | 0.20 | 0.20 | 175.00 | $35.00 | Review of email forwarded by CRA from defense counsel with attached arbitration agreements; forward JaQueline Johnson arbitration agreement to AAA. | | |
| 07/14/2021 | 0584 | 0.10 | 0.10 | 175.00 | $17.50 | Email from CRA re letter from AAA re parties agreeing to AAA administration; email defense counsel re same. | | |
| 07/14/2021 | 0383 | 0.50 | 0.50 | 475.00 | $237.50 | Review correspondence from AAA. | | |
| 07/15/2021 | 0584 | 0.10 | 0.10 | 175.00 | $17.50 | Receipt and review of signed agreement to submit to arbitration by AAA for JaQueline Johnson; forward signed agreement to AAA. | | |
| 08/05/2021 | 0383 | 0.20 | 0.20 | 475.00 | $95.00 | Review email correspondence. Send follow up email to DEF counsel regarding payment of settlement funds. | | |
| 08/25/2021 | 0383 | 0.80 | 0.80 | 475.00 | $380.00 | Review draft of cert brief. Email correspondence re same. | | |
| 08/26/2021 | 0383 | 0.30 | 0.30 | 475.00 | $142.50 | Verify addresses of petitioner's firms. Email correspodnence re cert brief. | | |
| 08/26/2021 | 0383 | 0.20 | 0.20 | 475.00 | $95.00 | Email correspondence with Karla G re cert brief. | | |
| 09/01/2021 | 0383 | 0.30 | 0.30 | 475.00 | $142.50 | Email correspondence re cert briefing. | | |
| 11/17/2021 | 0383 | 0.50 | 0.50 | 475.00 | $237.50 | Phone conference with co-counsel re USSC appeal. | | |
| 11/18/2021 | 0383 | 0.10 | 0.10 | 475.00 | $47.50 | Provide Jennifer McManus with status update. | | |
| 11/18/2021 | 0584 | 0.80 | 0.80 | 175.00 | $140.00 | Email and text messages to client and Montgomery opt-ins re need to speak with them regarding case. Montgomery email bounced back; locate family on Facebook and message Danice and Michael. | | |
| 11/18/2021 | 0383 | 0.20 | 0.20 | 475.00 | $95.00 | Email correspondence with CoCounsel. | | |
| 11/19/2021 | 0584 | 0.40 | 0.40 | 175.00 | $70.00 | Follow-up email to Robyn Morgan re availability for a call with CRA. Email exchange with CRA re same. Draft letter to clients. | | |



**S2 Work in Process**

005360 - 000001

Morgan, Robyn - Sundance, Inc.

**Billing Timekeeper**
0356    Stoops, Kevin J.
**Originating Timekeeper(s):**
Stoops, Kevin J.

## FEES

| Date | Tkpr | Hours Worked | Hours to Bill | Rate | Amount | Narrative | Task Code | Activity Code |
|------|------|--------------|---------------|------|--------|-----------|-----------|---------------|
| 11/19/2021 | 0584 | 0.80 | 0.80 | 175.00 | $140.00 | Travel to USPS and UPS to send overnight letters to clients. | | |
| 11/22/2021 | 0383 | 0.40 | 0.40 | 475.00 | $190.00 | Phone call with Robyn Morgan to provide update re lawsuit and USSC hearing. | | |
| 11/22/2021 | 0383 | 0.30 | 0.30 | 475.00 | $142.50 | Email correspondence with Leah, Karla, and Paige. | | |
| 02/02/2022 | 0383 | 0.20 | 0.20 | 475.00 | $95.00 | Email correspondence with DEF and WEV re W9. | | |
| 03/10/2022 | 0383 | 1.20 | 1.20 | 475.00 | $570.00 | Review PL Reply brief for USSC. Email correspondence with co-counsel. | | |
| 03/10/2022 | 0383 | 1.20 | 1.20 | 475.00 | $570.00 | Attend moot argument via Zoom. | | |
| 03/10/2022 | 0383 | 0.20 | 0.20 | 475.00 | $95.00 | Email correspondence with Karla. | | |
| 03/11/2022 | 0383 | 0.30 | 0.30 | 475.00 | $142.50 | Email correspondence with KG. | | |
| 04/19/2022 | 0383 | 0.50 | 0.50 | 475.00 | $237.50 | Email correspondence with KG and local counsel re appearance on podcast to discuss case and increase exposure of the case for future litigaiton. Listen to exemplary podcast. Respond with agreement to appear. | | |
| 05/16/2022 | 0383 | 2.50 | 2.50 | 475.00 | $1,187.50 | Review all lower court hearing briefs in advance of podcast re case. | | |
| 05/16/2022 | 0383 | 1.30 | 1.30 | 475.00 | $617.50 | Participate in podcast regarding case. | | |
| 05/26/2022 | 0383 | 2.30 | 2.30 | 475.00 | $1,092.50 | Review SCOTUS Opinion. Email correspondence re same. Review SCOTUS briefs and 8th Circuit Opinion. Research re distinction between waiver and foreiture. | | |
| 06/01/2022 | 0377 | 1.30 | 1.30 | 725.00 | $942.50 | read emails and summary of SCOTUS opinion | | |
| 06/07/2022 | 0383 | 0.40 | 0.40 | 475.00 | $190.00 | Phone call with law 360. | | |
| 06/07/2022 | 0383 | 0.50 | 0.50 | 475.00 | $237.50 | Phone call and email correspondence with Karla re litigation plan going forward. | | |
| 06/21/2022 | 0377 | 0.30 | 0.30 | 725.00 | $217.50 | review settlment posture emails with group | | |
| 06/22/2022 | 0383 | 0.20 | 0.20 | 475.00 | $95.00 | Phone call with JJT. | | |
| 06/22/2022 | 0383 | 0.20 | 0.20 | 475.00 | $95.00 | Email correspondence with WEV and DEF. | | |
| 06/27/2022 | 0383 | 0.20 | 0.20 | 475.00 | $95.00 | Email correspondence with DEF. | | |



**S2 Work in Process**

005360 - 000001

Morgan, Robyn - Sundance, Inc.

**Billing Timekeeper**
0356    Stoops, Kevin J.
**Originating Timekeeper(s):**
Stoops, Kevin J.

## FEES

| Date | Tkpr | Hours Worked | Hours to Bill | Rate | Amount | Narrative | Task Code | Activity Code |
|---|---|---|---|---|---|---|---|---|
| 06/27/2022 | 0383 | 0.10 | 0.10 | 475.00 | $47.50 | Email to Paige re settlement and lodestar | | |
| 06/27/2022 | 0383 | 0.10 | 0.10 | 475.00 | $47.50 | Email to WEV re JJT availablity for call with cocounsel. | | |
| 06/28/2022 | 0383 | 0.50 | 0.50 | 475.00 | $237.50 | Phone call with Co-Counsel to discuss possible settlement. | | |
| 06/28/2022 | 0383 | 2.50 | 2.50 | 475.00 | $1,187.50 | File review and preparation of memo to JJT re settlement. | | |
| 06/28/2022 | 0377 | 1.00 | 1.00 | 725.00 | $725.00 | prepare for and attend t/c with PSC on settlment; follow on call with CRASH | | |
| 07/07/2022 | 0383 | 0.70 | 0.70 | 475.00 | $332.50 | Review data modeling and prepare demand based on new lodestart figures. | | |
| 07/07/2022 | 0383 | 0.10 | 0.10 | 475.00 | $47.50 | Compose follow up email to MB, JM, and local for outstanding lodestar. | | |
| 07/08/2022 | 0383 | 0.50 | 0.50 | 475.00 | $237.50 | Phone call with JJT. | | |
| 07/08/2022 | 0584 | 0.20 | 0.20 | 175.00 | $35.00 | Attempt to figure out filtering on spreadsheet. | | |
| 07/08/2022 | 0584 | 0.20 | 0.20 | 175.00 | $35.00 | Telephone call with CRA re filtering data on spreadsheet. | | |
| 07/11/2022 | 0383 | 3.50 | 3.50 | 475.00 | $1,662.50 | Work with damage model spreadsheet. Phone call with Brian for assistance with same. Determine existing spreadsheet to be unworkable. Contact David McPherson review spreadsheet and explain necessary changes. Obtain and review new spreadsheet with +39hrs only. Prepare email summary of all relevant data points. | | |
| 07/12/2022 | 0377 | 1.20 | 1.20 | 725.00 | $870.00 | work on settlment demand; discuss with RA | | |
| 07/13/2022 | 0377 | 2.30 | 2.30 | 725.00 | $1,667.50 | work on settlment | | |
| 07/14/2022 | 0377 | 3.00 | 3.00 | 725.00 | $2,175.00 | work on settlment proposal; legal research on use of stamps | | |
| 07/14/2022 | 0383 | 0.40 | 0.40 | 475.00 | $190.00 | Review damage email memo. Correct damage calculations. | | |
| 07/14/2022 | 0383 | 0.50 | 0.50 | 475.00 | $237.50 | Phone calls with JJT re demand. | | |
| 07/29/2022 | 0377 | 0.50 | 0.50 | 725.00 | $362.50 | Discuss settlement offer with defense counse; same with PSC. | | |
| 08/05/2022 | 0377 | 0.40 | 0.40 | 725.00 | $290.00 | negoatate settlment; discus with psc | | |
| 08/09/2022 | 0377 | 0.60 | 0.60 | 725.00 | $435.00 | negotate settlment; discuss with psc; get cleint authority | | |
| 08/10/2022 | 0377 | 3.00 | 3.00 | 725.00 | $2,175.00 | wok on settlment plan and counter offer; discuss with group | | |
| 08/10/2022 | 0356 | 0.50 | 0.50 | 675.00 | $337.50 | Conf. with JT.Correspondence from/to JT.Review settlement structure. | | |



**S2 Work in Process**

005360 - 000001

Morgan, Robyn - Sundance, Inc.

**Billing Timekeeper**
0356    Stoops, Kevin J.
**Originating Timekeeper(s):**
Stoops, Kevin J.

---

## FEES

| Date | Tkpr | Hours Worked | Hours to Bill | Rate | Amount | Narrative | Task Code | Activity Code |
|------|------|-------------|---------------|------|--------|-----------|-----------|---------------|
| 08/11/2022 | 0356 | 0.10 | 0.10 | 675.00 | $67.50 | Correspondence from opposing counsel. | | |
| 08/11/2022 | 0377 | 0.80 | 0.80 | 725.00 | $580.00 | finalize settlment discussions with defense counsel | | |
| 08/12/2022 | 0377 | 0.50 | 0.50 | 725.00 | $362.50 | review COA motion | | |
| 08/25/2022 | 0377 | 0.80 | 0.80 | 725.00 | $580.00 | work on SA | | |
| 08/30/2022 | 0377 | 0.50 | 0.50 | 725.00 | $362.50 | review expert chart of SA | | |
| 09/01/2022 | 0377 | 2.00 | 2.00 | 725.00 | $1,450.00 | work on motion for approval | | |
| 09/13/2022 | 0377 | 0.20 | 0.20 | 725.00 | $145.00 | Set up call with defense counsel to finalize SA. | | |
| 09/20/2022 | 0377 | 0.80 | 0.80 | 725.00 | $580.00 | t/c with defense counsel to finaliz settlment and data for motion | | |
| 09/28/2022 | 0377 | 3.00 | 3.00 | 725.00 | $2,175.00 | finish settlment motion papers and send to defense | | |
| 10/05/2022 | 0377 | 2.60 | 2.60 | 725.00 | $1,885.00 | discuss status of approval motion and SA with defense counsel; finalize all documents | | |

| Timekeepers | HoursWorked | Hours toBill | Rate | Amount |
|-------------|-------------|--------------|------|--------|
| 0187 Johnston, Rod Michael | 1.10 | 1.10 | $315.00 | $346.50 |
| 0356 Stoops, Kevin J. | 2.60 | 2.60 | $603.75 | $1,565.00 |
| 0377 Thompson, Jason J. | 103.00 | 103.00 | $695.56 | $71,547.00 |
| 0383 Ash, Rob | 199.40 | 199.40 | $413.41 | $80,695.00 |
| 0406 Kashima, Trent R | 3.20 | 3.20 | $475.00 | $1,520.00 |
| 0584 Nichols, Debbie A. | 26.90 | 26.90 | $165.45 | $4,277.50 |
| 0595 Vaughn, Wendy E | 3.10 | 3.10 | $125.00 | $387.50 |
| **FEE TOTALS** | 339.30 | 339.30 | | $160,338.50 |



**S2 Work in Process**

005360 - 000001

Morgan, Robyn - Sundance, Inc.

**Billing Timekeeper**
0356    Stoops, Kevin J.
**Originating Timekeeper(s):**
Stoops, Kevin J.

## EXPENSES

| Date | ExpCode | Amount | Narrative | Task Code | Budget Phase |
|---|---|---|---|---|---|
| 11/29/2018 | 030 | $0.47 | Postage | | 0 |
| 01/23/2019 | 210 | $100.00 | Filing fee | | 0 |
| 01/23/2019 | 210 | $100.00 | Filing fee | | 0 |
| 01/25/2019 | 495 | $27.90 | Publications & on line media | | 0 |
| 02/08/2019 | 495 | $49.22 | Publications & on line media | | 0 |
| 02/11/2019 | 495 | $0.20 | Publications & on line media | | 0 |
| 04/03/2019 | 475 | $1,500.00 | Expert Services / FeeDavid A. Macpherson125 Park DriveSan Antonio, TX 78212 | | 0 |
| 04/05/2019 | 030 | $0.50 | Postage | | 0 |
| 04/12/2019 | 250 | $1,925.00 | Mediation [4/15/19 Chicago, IL]Werman Salas, P.C.77 West Washington Street, Suite 1402Chicago, IL  60602 | | 0 |
| 04/16/2019 | 125 | $239.57 | Lodging [mediation in Chicago 4.14-15.2019]Jason J. Thompson | | 0 |
| 04/16/2019 | 135 | $37.38 | Meals [Mediation in Chicago 4.15.19]Jason J. Thompson | | 0 |
| 04/16/2019 | 110 | $352.60 | Air fare [Mediation in Chicago 4.14-15.2019]Jason J. Thompson | | 0 |
| 04/19/2019 | 120 | $11.72 | Cab [Mediation in Chicago 4.15.2019]Jason J. Thompson | | 0 |
| 04/19/2019 | 135 | $19.34 | Meal [Mediation in Chicago 4.15.19]Jason J. Thompson | | 0 |
| 04/24/2019 | 120 | $83.96 | JJT Mileage & Parkiong Romulus 04-15-19 | | 0 |
| 04/29/2019 | 495 | $3.30 | Publications & on line media | | 0 |
| 04/29/2019 | 040 | $31.55 | UPS 31.55 | | 0 |
| 04/29/2019 | 110 | $573.60 | Air fare | | 0 |
| 12/18/2019 | 210 | $221.00 | Filing fee | | 0 |
| 06/25/2021 | 030 | $0.71 | Postage | | 0 |
| 06/29/2021 | 030 | $1.20 | Postage | | 0 |
| 07/21/2021 | 210 | $300.00 | Filing fee | | 0 |
| 07/21/2021 | 210 | $300.00 | Filing fee | | 0 |
| 11/22/2021 | 030 | $27.10 | Debra Nichols4488 Boulder DriveSterling Heights, MI 48310Reimbursement for Overnight Mail-Postage | | 0 |



**S2 Work in Process**

005360 - 000001

Morgan, Robyn - Sundance, Inc.

**Billing Timekeeper**
0356    Stoops, Kevin J.
**Originating Timekeeper(s):**
Stoops, Kevin J.

## EXPENSES

| Date | ExpCode | Amount | Narrative | Task Code | Budget Phase |
|---|---|---|---|---|---|
| 12/01/2021 | 230 | $200.00 | Admission to United States Supreme CourtU.S. Supreme CourtAttn: Admissions Office1 First Street, N.E.Washington, D.C. 20543-0001 | | 0 |
| 12/06/2021 | 040 | $58.62 | Outside courier | | 0 |
| 02/25/2022 | 230 | $10.00 | Admission and pro hac fees | | 0 |
| 07/11/2022 | 475 | $300.00 | Expert Services / FeeDavid MacPherson125 Park DriveSan Antonio, TX  78212 | | 0 |
| 08/22/2022 | 495 | $570.00 | Publications & on line media | | 0 |

| Exp Code | | Amount |
|---|---|---|
| 030 | Postage | $29.98 |
| 040 | Outside courier | $90.17 |
| 110 | Air fare | $926.20 |
| 120 | Local travel | $95.68 |
| 125 | Lodging | $239.57 |
| 135 | Meals | $56.72 |
| 210 | Filing fee | $1,021.00 |
| 230 | Admission & pro hac fees | $210.00 |
| 250 | Case evaluation fee | $1,925.00 |
| 475 | Expert Services / Fee | $1,800.00 |
| 495 | Publications & on line media | $650.62 |

**EXPENSE TOTALS**    $7,044.94



**S2 Work in Process**

005360 - 000001

Morgan, Robyn  -  Sundance, Inc.

**Billing Timekeeper**
0356    Stoops, Kevin J.
**Originating Timekeeper(s):**
Stoops, Kevin J.

| | Last Time Entered | Last Exp Entered | Last Bill Sent | Last Pmt Received |
|---|---|---|---|---|
| | 10/05/2022 | 08/22/2022 | 01/01/1900 | 01/01/1900 |

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Bill Total |
|---|---|---|---|---|---|
| **Matter Totals** | 339.30 | 339.30 | $160,338.50 | $7,044.94 | $167,383.44 |

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Bill Total |
|---|---|---|---|---|---|
| **Client Totals** | 339.30 | 339.30 | $160,338.50 | $7,044.94 | $167,383.44 |

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Bill Total |
|---|---|---|---|---|---|
| **Report Totals** | 339.30 | 339.30 | $160,338.50 | $7,044.94 | $167,383.44 |