# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 19-2435

Robyn Morgan, on behalf of herself and all similarly situated individuals

Appellee

v.

Sundance, Inc.

Appellant

_____

Appeal from U.S. District Court for the Southern District of Iowa - Iowa City
(4:18-cv-00316-JAJ)

_____

### ORDER

The court's order of August 15, 2022, directed the parties to promptly notify the clerk of any district court action regarding the parties' proposed settlement. The court notes from the district court docket that this case was settled on December 15, 2022. The parties are directed to inform the court whether this appeal should be dismissed or some other action taken with respect to the matter. The parties' responses are due January 9, 2023.

December 30, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans