# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 19-2435

Robyn Morgan, on behalf of herself and all similarly situated individuals

Appellee

v.

Sundance, Inc.

Appellant

---

Appeal from U.S. District Court for the Southern District of Iowa - Iowa City
(4:18-cv-00316-JAJ)

---

### ORDER

The parties have failed to respond to the court's order of December 30, 2022. Appellant is directed to show cause, within 14 days of the date of this order, why this appeal should not be dismissed for failure to prosecute.

January 10, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans