# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No:  19-2435

_____

Robyn Morgan, on behalf of herself and all similarly situated individuals

Plaintiff - Appellee

v.

Sundance, Inc.

Defendant - Appellant

Appeal from U.S. District Court for the Southern District of Iowa - Iowa City
(4:18-cv-00316-JAJ)

**JUDGMENT**

Upon consideration of the parties' Joint Status Report, this appeal is dismissed. Pursuant to the provisions of the Report, no costs will be awarded in the matter.

The court's mandate shall issue forthwith.

January 17, 2023

Order Entered Under Rule 27A(a):

Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans