# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 19-2435

Robyn Morgan, on behalf of herself and all similarly situated individuals

Appellee

v.

Sundance, Inc.

Appellant

---

Appeal from U.S. District Court for the Southern District of Iowa - Iowa City
(4:18-cv-00316-JAJ)

---

### MANDATE

In accordance with the judgment of January 17, 2023, and pursuant to the provisions of

Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-

styled matter.

January 17, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit