IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBYN MORGAN, on behalf of herself and all similarly situated individuals,<br><br>　　　Plaintiff,<br><br>vs.<br><br>SUNDANCE, INC.,<br><br>　　　Defendant. | Case No. 4:18-cv-00316-SHL-HCA<br><br>**JOINT STIPULATION FOR DISMISSAL** |

　　　WHEREAS, Plaintiff Robyn Morgan ("Named Plaintiff"), individually, and on behalf of herself and all similarly situated individuals, filed this collective and class action lawsuit against Defendants Sundance, Inc. ("Defendant") on September 25, 2018, alleging various violations of the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq.*

　　　WHEREAS, Opt-In Plaintiff Mike Montgomery ("Plaintiff Mike Montgomery") joined this collective action lawsuit by executing and filing his Consent to Join form on May 17, 2019;

　　　WHEREAS, Opt-In Plaintiff Danice Montgomery ("Plaintiff Danice Montgomery") joined the collective action lawsuit by executing and filing her Consent to Join form on May 17, 2019;

　　　WHEREAS, Opt-In Plaintiff Tyler Montgomery ("Plaintiff Tyler

1

Montgomery") joined the collective action lawsuit by executing and filing his Consent to Join form on May 17, 2019;

WHEREAS, Plaintiffs and Defendants executed a formal settlement agreement on or about October 11, 2022;

WHEREAS, Judge Stephen H. Locher issued an Order Granting Unopposed Motion for Approval of Settlement [ECF 48] on December 15, 2022;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants (the "Parties") through their designated counsel that the above-captioned action should be dismissed with prejudice as to Plaintiffs' individual claims and with prejudice as to the putative collective and class allegations, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties further stipulate that, except as set forth in the settlement agreement between them, the Parties shall bear their own attorneys' fees, expenses and costs. Additionally, the Court will retain jurisdiction for the purpose of enforcing the settlement agreement.

Submitted with this Stipulation is a proposed Order for dismissal.

Date: January 17, 2024                                    Respectfully submitted,

/s/ Jason J. Thompson                                     /s/ Joel W. Rice (w/consent)
Jason J. Thompson (*Pro Hac Vice*)                        Joel W. Rice (*Pro Hac Vice*)
MI Bar No. P47184                                         Scott Fanning (*Pro Hac Vice*)
SOMMERS SCHWARTZ, P.C.                                    FISHER & PHILLIPS, LLC
One Towne Square, Suite 1700                              10 S. Wacker Drive, Suite 3450
Southfield, Michigan 48076                                Chicago, Illinois 60609
Tel: (248) 355-0300                                       Tel: (312) 346-8061
jthompson@sommerspc.com                                   jrice@fisherphillips.com

Paige Fiedler AT0002496  
FIEDLER LAW FIRM, P.L.C.  
8831 Windsor Parkway  
Johnston, Iowa 50131  
Tel: (515) 254-1999  
paige@employmentlawiowa.com  

*Attorneys for Plaintiffs*

sfanning@fisherphillips.com

Kevin J. Driscoll  
FINLEY LAW FIRM, P.C.  
699 Walnut Street, Suite 1700  
Des Moines, IA 50309  
Tel: (515) 288-0145  
kdriscoll@finleylaw.com  

*Attorneys for Sundance, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 17, 2024, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

              */s/ Jason J. Thompson*
              Jason J. Thompson (*Pro Hac Vice*)
              MI Bar No. P47184
              SOMMERS SCHWARTZ, P.C.
              One Towne Square, Suite 1700
              Southfield, Michigan 48076
              Tel: (248) 355-0300
              jthompson@sommerspc.com