IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBYN MORGAN, on behalf of herself and all similarly situated individuals,<br><br>    Plaintiff,<br><br>vs.<br><br>SUNDANCE, INC.,<br><br>    Defendant. | Case No. 4:18-cv-00316-SHL-HCA<br><br><br>**[PROPOSED] ORDER OF DISMISSAL** |

This matter having come before the Court pursuant to the stipulation of the parties, by and through their counsel, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the putative collective and class allegations asserted in the above-referenced action be and hereby are dismissed with prejudice; and

IT IS HEREBY ORDERED that the individual claims of the Plaintiffs are hereby dismissed with prejudice.

IT IS SO ORDERED.


Date:_____        _____
                        UNITED STATES DISTRICT JUDGE